1 | NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
State Bar # CA 117234
2 | WILLIAM B. COSSITT, #3484
OFFICE OF THE UNITED STATES TRUSTEE
3 | USTPRegion17.RE.ECF@usdoj.gov
300 Booth Street, Room 2129
4 | Reno NV 89509
Telephone: (775) 784-5335
5 | Fax: (775) 784-5531

6 | Attorneys for Acting United States Trustee
Sara L. Kistler

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                                                Case no: BK-N-09-53610-GWZ
                                                      Chapter: 11

PACIFIC PAWNBROKERS, INC.,                            NOTICE OF
                                                      APPOINTMENT OF COMMITTEE
                                                      OF UNSECURED CREDITORS

                                                      Hearing Date:    N/A
                        Debtor.                       Hearing Time:    N/A

TO THE HONORABLE GREGG W. ZIVE, BANKRUPTCY JUDGE:

Pursuant to Section 1102 of the Bankruptcy Code, the following creditors of the above-named debtor, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors.

1.   MARY LORD

     Represented by:    Robert Kilby Esq.
                        580 Mt. Rose Street
                        Reno NV 89509
                        775-337-6652

2. BROOKS THIELE

   Represented by: Brooks Thiele
   10040 E. Happy Valley #2054
   Scottsdale AZ 95255
   480-502-8622/fax 480-513-2739

3. WAYNE SIZEMORE

   Represented by: Wayne Sizemore
   1660 Whitewood Drive
   Sparks NV 89434
   775-351-1844

4. PHILLIP & JOANNE ANDERSON TRUSTEES

   Represented by: Phillip & Joanne Anderson Trustees
   1680 Pittman Avenue
   Sparks NV 89431
   775-322-8784/775-846-3079 cell

5. SCOTT FAMILY TRUST

   Represented by: Scott Family Trust
   546 Diana Place
   Arroyo Grande, CA 93420
   805-489-7919/805-709-0757 cell
   805-489-7919 fax

DATED this 13th day of November, 2009.

Respectfully submitted,

Nicholas Strozza
State Bar # CA 117234
William B. Cossitt
State Bar #3484
300 Booth Street, #2129
Reno NV 89509
(775) 784-5335

**/s/ WILLIAM B. COSSITT**

Attorneys for Acting United States Trustee
Sara L. Kistler

## CERTIFICATE OF SERVICE

1. On Nov, 13, , 2009 I served the foregoing APPOINTMENT OF UNSECURED CREDITORS COMMITTEE.

2. I served the above-named document(s) by the following means to the persons as listed below:

   ☒ a. ECF System:

   KEVIN A. DARBY kevin@darbylawpractice.com, tricia@darbylawpractice.com;melissa@darbylawpractice.com;tiffani@darbylawpractice.com;kendal@darbylawpractice.com

   COURTNEY MILLER O'MARA comara@lionelsawyer.com, llucero@lionelsawyer.com

   U.S. TRUSTEE - RN - 11 USTPRegion17.RE.ECF@usdoj.gov

   ☒ b. U.S. Mail, postage fully prepaid:

   Robert Kilby Esq.
   580 Mt. Rose Street
   Reno NV 89509

   Brooks Thiele
   10040 E. Happy Valley #2054
   Scottsdale AZ 95255

   Wayne Sizemore
   1660 Whitewood Drive
   Sparks NV 89434

   Phillip & Joanne Anderson Trustees
   1680 Pittman Avenue
   Sparks NV 89431

   Scott Family Trust
   546 Diana Place
   Arroyo Grande, CA 93420

   Mary Lord
   POB 384
   Kalama WA 98625

   **PACIFIC PAWNBROKERS, INC.**
   **701 RYLAND AVE**
   **RENO, NV 89502**

                                         /s/ ROBBIN LITTLE
                                         Robbin Little