**Entered on Docket**
**December 08, 2009**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

Kevin A. Darby (NV SBN 7670)
DARBY LAW PRACTICE, LTD.
200 S. Virginia St., Suite 800
Reno, Nevada 89501
Telephone:     (775) 322-1237
Facsimile:      (775) 996-7290
kevin@darbylawpractice.com

Proposed Reorganization Counsel for
Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| PACIFIC PAWNBROKERS, INC., | Case No. BK-09-53610-GWZ |
| Debtor. | **ORDER PURSUANT TO 11 U.S.C. § 327(a), FED. R. BANKR. P. 2014(a), 2016(b) AND 5002, AND LOCAL RULE 2014, AUTHORIZING THE RETENTION AND EMPLOYMENT OF DARBY LAW PRACTICE, LTD. AS COUNSEL TO THE DEBTORS _NUNC PRO TUNC_ TO THE PETITION DATE** |
| | **Hearing Date:** N/A<br>**Hearing Time:** N/A |

Upon the application, dated October, 2009 (the "Application"), of PACIFIC PAWNBROKERS, INC, debtor and debtor in possession (collectively, the "Debtor") in the above-captioned Chapter 11 case, for an order pursuant to Section 327(a) of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), Rules 2014(a), 2016(b) and 5002 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules") and Rule 2014 of the Local Rules of Bankruptcy Procedure for the District

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

of Nevada (as amended, the "Local Rules"), authorizing the retention and employment of Darby Law Practice, Ltd. ("Darby Law Practice") as counsel to the Debtor and this Court having considered the Declaration of Kevin A. Darby in support of the Application (the "Darby Declaration"); and the Court being satisfied, based on the representations made in the Application and the Darby Declaration, that Darby Law Practice represents or holds no interest adverse to the Debtor or its estate with respect to the matters upon which Darby Law Practice is to be engaged and is a "disinterested person," as such term is defined in Section 101(14) of the Bankruptcy Code, as modified by Section 1107(b) of the Bankruptcy Code; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided, and it appearing that no other or further notice need be provided; and the relief requested in the Application being in the best interests of the Debtor and its estate and creditors; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; it is hereby

ORDERED that the Application is granted to in its entirety; and it is further

ORDERED that pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rules 2014(a), 2016(b) and 5002, the Debtor's employment and retention of Darby Law Practice as counsel in accordance with Darby Law Practice's normal hourly rates and disbursement policies as set forth in the Darby Declaration, and pursuant to the Engagement Letter, effective as of the Petition Date, is approved; and it is further

ORDERED that Darby Law Practice shall apply for compensation and reimbursement in accordance with the procedures set forth in Sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, applicable Local Rules, guidelines established by the Office of the United States Trustee for the District of Nevada, and such other procedures as may be fixed by order of this Court; and it is further

1

2

**ORDERED** that the prepetition retainer monies paid to Darby Law Practice and

3 not expended for prepetition services and disbursements shall be held by Darby Law Practice as

a general retainer as security throughout the Debtor's bankruptcy case until Darby Law

4 Practice's fees and expenses are awarded and payable to Darby Law Practice on a final basis,

5 and it is further

6

**ORDERED** that the terms and conditions of this order shall be immediately

7 effective and enforceable upon its entry; and it is further

8

**ORDERED** that notice of this Application as provided therein shall be deemed

9 good and sufficient notice of the Application.

10

11
SUBMITTED BY :
DARBY LAW PRACTICE, LTD.

12
By: /s/ Kevin A. Darby

13
    Kevin Darby (NV SB #7670)
    4777 Caughlin Parkway

14
    Reno, Nevada 89519

15
    Proposed Counsel for Debtor
    and Debtor in Possession

16

17 APPROVED:

18 OFFICE OF THE U.S. TRUSTEE

19 /S/ William B. Cossitt

By: 2009.10.27 08:36:01 -07'00'

20

21

22

23
# # #

24

25

26

27

28