# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: [CASE NAME] | Case No. | 09-53610-gwz |
|---|---|---|
| PACIFIC PAWNBROKERS, INC. | CHAPTER 11 MONTHLY OPERATING REPORT (GENERAL BUSINESS CASE) | |

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: Oct-09        PETITION DATE: 10/14/09

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

| 2. Asset and Liability Structure | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $197,967 | $231,338 | |
| b. Total Assets | $1,292,860 | $1,457,556 | |
| c. Current Liabilities | $276,687 | $2,458 | |
| d. Total Liabilities | $3,046,685 | $2,962,577 | |

| 3. Statement of Cash Receipts & Disbursements for Month | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $36,122 | $4,405 | $36,122 |
| b. Total Disbursements | $38,573 | $62,936 | $38,573 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($2,451) | ($58,531) | ($2,451) |
| d. Cash Balance Beginning of Month | $31,176 | $89,707 | $31,176 |
| e. Cash Balance End of Month (c + d) | $28,725 | $31,176 | $28,725 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | ($2,451) | ($16,639) | ($2,451) |
| 5. Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. Post-Petition Liabilities | $276,687 | $249,299 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $274,228 | $249,299 | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. | Are a plan and disclosure statement on file? | | x |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes ___; U.S. Trustee Quarterly Fees ___; Check if filing is current for: Post-petition tax reporting and tax returns: ___
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 1/21/10

Responsible Individual

Revised 1/1/98

01/22/2010 FRI 9:49 FAX  ☒003/005
01/21/2010 THU 13:06 FAX 7759297703 Mark Robertson CPA  ☒002/027
Case 09-53610-gwz    Doc 18    Entered 01/22/10 11:06:06    Page 2 of 13

Home Banking Info                                     https://secure5.firstindependentnv.com/cgi-bin/hb.exe/1365c/state1

# Monthly Statement(s) for October, 2009

```
                    ACCOUNT:       15022973   10/29/2009
                    DOCUMENTS:                         0
```

#9973

```
PACIFIC PAWNBROKERS INC                                  30
PO BOX 3679                                               0
SPARKS NV   89432                                         0
```

===============================================================================
            Bank from your office - ask us about e-Deposit.
     Do you have an idea to get the local economy going again or do you want
              to see some ideas?  If so, visit www.fromwoetowhoa.com
===============================================================================
Transfer activity is limited on Money Market and Savings accounts.
Please refer to your Deposit Account Agreement and Disclosure or contact
our Headquarters staff at (775) 828-2000 for further details.
Six (6) transfers may be made by check, draft, debit card or other
instruction (including POS transactions) during one calendar month or
statement cycle.  Transfers and withdrawals made in person, by messenger,
by mail or at an ATM are unlimited.  Fees may apply if these limits are
exceeded.  See our Schedule of Fees for details.
===============================================================================
            MEDALLION BUSINESS MONEY MARKET ACCOUNT 15022973
===============================================================================

```
AVERAGE BALANCE            21.02   LAST STATEMENT 09/30/09        13.40
                                            2 CREDITS          8,520.05
                                            2 DEBITS           8,516.00
                                   THIS STATEMENT 10/29/09        17.45
```

- - - - - - - - OTHER CREDITS - - - - - - - -
```
DESCRIPTION                                           DATE       AMOUNT
PAYPAL TRANSFER 4CPJ23VLXKMQ8                        10/07     8,500.05
700006720 Online Transfer from 21008305 on 10/17/09 at 11:4110/19   20.00
```

- - - - - - - - OTHER DEBITS - - - - - - - -
```
DESCRIPTION                                           DATE       AMOUNT
700005524 Online Transfer to 21008305 on 10/07/09 at 7:31  10/07  8,500.00
SERVICE CHARGE                                       10/29        16.00
```

- - - - - - - I N T E R E S T - - - - - - - -
```
INTEREST PAID 2009:          9.34
```

            * * *  C O N T I N U E D  * * *

```
                    DOCUMENTS:                         0
```

PACIFIC PAWNBROKERS INC

===============================================================================
            MEDALLION BUSINESS MONEY MARKET ACCOUNT 15022973
===============================================================================

```
    - - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -
    TOTAL CHARGE FOR MAINTENANCE CHARGE:              16.00

    - - - ITEMIZATION OF NSF PAID AND RETURNED ITEM FEES - - -
                              THIS PERIOD        YEAR TO DATE
    NSF PAID ITEM FEE:               .00                  .00
    NSF RETURNED ITEM FEE:           .00                  .00
```

## Monthly Statement(s) for October, 2009

```
                           ACCOUNT:        13011101  10/29/2009
                           DOCUMENTS:                        56
```

#1101
pg 1 of 2

```
PACIFIC PAWNBROKERS INC                                    30
PO BOX 3679                                                 4
SPARKS NV  89432                                           52
```

=====================================================================
            Bank from your office - ask us about e-Deposit.
    Do you have an idea to get the local economy going again or do you want
            to see some ideas?  If so, visit www.fromwoetowhoa.com
=====================================================================

=====================================================================
                COMMERCIAL ANALYSIS ACCOUNT 13011101
=====================================================================

```
                       LAST STATEMENT 09/30/09          88.15
                              32 CREDITS           92,944.62
                              65 DEBITS            71,781.40
                       THIS STATEMENT 10/29/09     21,251.37
```

- - - - - - - - DEPOSITS - - - - - - - - -

| REF #.....DATE......AMOUNT | REF #.....DATE......AMOUNT | REF #.....DATE......AMOUNT |
|---|---|---|
| 10/07    213.55 | 10/21    191.90 | |
| 10/15    382.50 | 10/23    356.74 | |

- - - - - - - OTHER CREDITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| RBS WorldPay BNKCRD DEP LK267590 092520 | 10/01 | 33.00 |
| 700022047 Online Transfer from 21008305 on 10/01/09 at 12:01 | 10/01 | 100.00 |
| 700030429 Online Transfer from 21008305 on 10/02/09 at 16:09 | 10/02 | 16,600.00 |
| AMERICAN EXPRESS SETTLEMENT 5275101525 | 10/05 | 7.76 |
| 700051704 Online Transfer from 21008305 on 10/05/09 at 16:38 | 10/05 | 1,200.00 |
| 700025917 Online Transfer from 21008305 on 10/06/09 at 13:51 | 10/06 | 150.00 |
| RBS WorldPay BNKCRD DEP LK267590 100222 | 10/06 | 161.59 |
| RBS WorldPay BNKCRD DEP LK267590 092921 | 10/06 | 564.64 |
| 700026455 Online Transfer from 21008305 on 10/08/09 at 14:52 | 10/08 | 250.00 |
| RBS WorldPay BNKCRD DEP LK267590 100323 | 10/08 | 421.38 |
| 700033213 Online Transfer from 21008305 on 10/09/09 at 15:12 | 10/09 | 1,850.00 |
| 700039982 Online Transfer from 21008305 on 10/12/09 at 15:26 | 10/12 | 1,000.00 |
| RBS WorldPay BNKCRD DEP LK267590 100624 | 10/13 | 66.79 |
| 700030083 Online Transfer from 21008305 on 10/13/09 at 15:01 | 10/13 | 8,200.00 |
| RBS WorldPay BNKCRD DEP LK267590 100926 | 10/14 | 53.86 |
| RBS WorldPay BNKCRD DEP LK267590 100825 | 10/14 | 142.00 |

* * * C O N T I N U E D * * *

```
                           DOCUMENTS:                        56
```

PACIFIC PAWNBROKERS INC

=====================================================================
                COMMERCIAL ANALYSIS ACCOUNT 13011101
=====================================================================

- - - - - - - OTHER CREDITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| 700020527 Online Transfer from 21008305 on 10/14/09 at 12:18 | 10/14 | 11,000.00 |
| RBS WorldPay BNKCRD DEP LK267590 101227 | 10/15 | 10.77 |
| 700025862 Online Transfer from 21008305 on 10/15/09 at 14:04 | 10/15 | 6,600.00 |
| 700015679 Online Transfer from 21008305 on 10/16/09 at 10:45 | 10/16 | 11,200.00 |
| 700045991 Online Transfer from 21008305 on 10/19/09 at 15:06 | 10/19 | 3,000.00 |
| RBS WorldPay BNKCRD DEP LK267590 101328 | 10/20 | 186.36 |

```
700012188 Online Transfer from 21008305 on 10/20/09 at 9:50   10/20    28,695.15
RBS WorldPay BNKCRD DEP LK267590 101729                        10/21       32.32
RBS WorldPay BNKCRD DEP LK267590 101930                        10/22       23.70
AMERICAN EXPRESS SETTLEMENT 5275101525                         10/27       40.35
RBS WorldPay BNKCRD DEP LK267590 102332                        10/28       22.01
RBS WorldPay BNKCRD DEP LK267590 102633                        10/29      188.25
```

- - - - - - - - - - CHECKS - - - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 14810*10/02 2,988.95 | 61092 10/05 200.00 | 61126 10/15 1,394.80 |
| 14816 10/19 604.85 | 61093*10/05 200.00 | 61127 10/13 956.02 |
| 14817 10/19 456.79 | 61095*10/02 3,544.50 | 61128 10/15 21.49 |
| 14818 10/13 2,531.94 | 61102 10/05 100.00 | 61129 10/15 204.52 |
| 14819 10/14 2,988.95 | 61103*10/05 220.34 | 61130 10/14 2,568.11 |
| 14820 10/14 561.50 | 61106 10/02 86.04 | 61131 10/14 279.00 |
| 14821 10/14 1,389.40 | 61107 10/01 138.97 | 61132*10/16 122.97 |
| 14822 10/14 841.52 | 61108 10/05 90.00 | 61134 10/15 52.93 |
| 14823 10/14 2,173.59 | 61109*10/01 34.47 | 61135 10/16 325.87 |
| 14824 10/15 1,961.22 | 61111*10/02 2,748.45 | 61136 10/15 2,312.50 |
| 14825*10/26 2,592.01 | 61113*10/05 200.00 | 61137 10/16 7,500.00 |
| 14827 10/27 596.58 | 61119 10/08 257.70 | 61138 10/26 34.47 |
| 14828 10/26 1,389.40 | 61120 10/09 179.70 | 61139 10/20 200.00 |
| 14829*10/28 841.51 | 61121 10/06 200.00 | 61140 10/21 2,173.57 |
| 59987 10/02 308.09 | 61122 10/09 730.00 | 61141 10/28 360.00 |
| 59988*10/07 14.65 | 61123 10/12 1,000.00 | 61142 10/26 360.00 |
| 61090 10/02 3,750.00 | 61124 10/13 4,747.64 | |
| 61091 10/05 100.00 | 61125 10/14 432.65 | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - OTHER DEBITS - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| DISCOVER NETWORK SETTLEMENT 601101506048733 | 10/02 | 39.95 |
| IRS USATAXPYMT 274967500070137 | 10/02 | 3,135.55 |
| PLAN ADMINISTRAT ADMIN FEES 22384 | 10/05 | 100.00 |
| RBS WorldPay MTHLY CHGS LK267590 100209 | 10/06 | 148.51 |
| 700006271 Online Transfer to 21008305 on 10/06/09 at 7:38 | 10/06 | 500.00 |
| 700006265 Online Transfer to 21008305 on 10/08/09 at 7:39 | 10/08 | 600.00 |

* * * C O N T I N U E D * * *

DOCUMENTS: 56

PACIFIC PAWNBROKERS INC

==============================================================
COMMERCIAL ANALYSIS ACCOUNT 13011101
==============================================================

- - - - - - - OTHER DEBITS - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| PACIFIC PAWNBROK PAYROLL AR08 AR08 | 10/09 | 142.50 |
| 700005897 Online Transfer to 21008305 on 10/10/09 at 11:39 | 10/12 | 800.00 |
| Analysis Charge | 10/14 | 72.14 |
| PACIFIC PAWNBROK PAYROLL AR08 9999 | 10/15 | 970.11 |
| IRS USATAXPYMT 274968900909436 | 10/16 | 3,270.24 |
| PAYPAL ECHECK 4JSJ23W5N88RE | 10/19 | 1,844.79 |
| PACIFIC PAWNBROK PAYROLL AR08 AR08 | 10/26 | 90.75 |

- - - ITEMIZATION OF NSF PAID AND RETURNED ITEM FEES - - -

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| NSF PAID ITEM FEE: | .00 | 535.00 |
| NSF RETURNED ITEM FEE: | .00 | .00 |
| OVERDRAFT FEES: | .00 | 10.00 |

- - - - - - DAILY BALANCE - - - - - -

| DATE..........BALANCE | DATE..........BALANCE | DATE..........BALANCE |
|---|---|---|
| 10/01 47.71 | 10/12 81.70 | 10/21 26,885.04 |
| 10/02 46.18 | 10/13 112.89 | 10/22 26,908.74 |
| 10/05 43.60 | 10/14 1.89 | 10/23 27,265.48 |
| 10/06 71.32 | 10/15 78.39 | 10/26 24,188.25 |
| 10/07 270.22 | 10/16 59.31 | 10/27 23,632.02 |
| 10/08 83.90 | 10/19 152.88 | 10/28 21,063.12 |
| 10/09 881.70 | 10/20 28,834.39 | 10/29 21,251.37 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re: PACIFIC PAWNBROKERS

Case No.  09-53610-gwz

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Oct-09            **PETITION DATE:** 10/14/09

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in   $1

|  | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
|    a. Current Assets | $197,967 | $231,338 | |
|    b. Total Assets | $1,292,860 | $1,457,556 | |
|    c. Current Liabilities | $276,687 | $2,458 | |
|    d. Total Liabilities | $3,046,685 | $2,962,577 | |

|  | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
|    a. Total Receipts | $36,122 | $4,405 | $36,122 |
|    b. Total Disbursements | $38,573 | $62,936 | $38,573 |
|    c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($2,451) | ($58,531) | ($2,451) |
|    d. Cash Balance Beginning of Month | $31,176 | $89,707 | $31,176 |
|    e. Cash Balance End of Month (c + d) | $28,725 | $31,176 | $28,725 |

|  | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | ($2,451) | ($16,639) | ($2,451) |
| 5. **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6. **Post-Petition Liabilities** | $276,687 | $249,299 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $274,228 | $249,299 | |

**At the end of this reporting month:**                                                                   **Yes**          **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)                                                                                    x

9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)                                                                                                                                 x

10. If the answer is yes to 8 or 9, were all such payments approved by the court?

11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)

12. Is the estate insured for replacement cost of assets and for general liability?                        x

13. Are a plan and disclosure statement on file?

14. Was there any post-petition borrowing during this reporting period?                                    x

15. Check if paid: Post-petition taxes ___;      U.S. Trustee Quarterly Fees ___;  Check if filing is current for: Post-petition tax reporting and tax returns: ___.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: _____                      _____
                                           Responsible Individual

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (General Business Case)

For the Period    10 14 09 to 10 31 09

| Actual | Current Month Forecast | Variance | # | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| $36,373 | | $36,373 | 1 | Gross Sales | $36,373 | |
| $251 | | ($251) | 2 | less: Sales Returns & Allowances | $251 | |
| $36,122 | $0 | $36,122 | 3 | Net Sales | $36,122 | $0 |
| $5,634 | | ($5,634) | 4 | less: Cost of Goods Sold    (Schedule 'B') | $5,634 | |
| $30,488 | $0 | $30,488 | 5 | Gross Profit | $30,488 | $0 |
| | | $0 | 6 | Interest | | |
| | | $0 | 7 | Other Income: | | |
| | | $0 | 8 | | | |
| | | $0 | 9 | | | |
| $30,488 | $0 | $30,488 | 10 | **Total Revenues** | $30,488 | $0 |
| | | | | **Expenses:** | | |
| | | $0 | 11 | Compensation to Owner(s)/Officer(s) | | |
| $15,469 | | ($15,469) | 12 | Salaries | $15,469 | |
| | | $0 | 13 | Commissions | | |
| $1,800 | | ($1,800) | 14 | Contract Labor | $1,800 | |
| | | | | Rent/Lease: | | |
| | | $0 | 15 | Personal Property | | |
| | | $0 | 16 | Real Property | | |
| $1,799 | | ($1,799) | 17 | Insurance | $1,799 | |
| | | $0 | 18 | Management Fees | | |
| | | $0 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| $4,697 | | ($4,697) | 20 | Employer Payroll Taxes | $4,697 | |
| | | $0 | 21 | Real Property Taxes | | |
| $865 | | ($865) | 22 | Other Taxes | $865 | |
| | | $0 | 23 | Other Selling | | |
| | | $0 | 24 | Other Administrative | | |
| | | $0 | 25 | Interest | | |
| $88 | | ($88) | 26 | Other Expenses:    Postage and delivery | $88 | |
| | | $0 | 27 | | | |
| $69 | | ($69) | 28 | Computer repairs | $69 | |
| $88 | | ($88) | 29 | Bank Service Charges | $88 | |
| $383 | | ($383) | 30 | E-Bay Fees | $383 | |
| $91 | | ($91) | 31 | Payroll Processing | $91 | |
| $90 | | ($90) | 32 | Warehouse Rent | $90 | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| $25,439 | $0 | ($25,439) | 35 | **Total Expenses** | $25,439 | $0 |
| $5,049 | $0 | $5,049 | 36 | **Subtotal** | $5,049 | $0 |
| | | | | **Reorganization Items:** | | |
| ($7,500) | | $7,500 | 37 | Professional Fees | ($7,500) | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | | |
| | | $0 | 42 | | | |
| ($7,500) | $0 | ($7,500) | 43 | **Total Reorganization Items** | ($7,500) | $0 |
| ($2,451) | $0 | ($2,451) | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($2,451) | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | |
| ($2,451) | $0 | ($2,451) | 46 | **Net Profit (Loss)** | ($2,451) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
**For the Month Ended**     10/31/09

**Assets**

| # | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $28,725 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Inventory | B | $40,636 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: | | |
| 8 | Pawns Receivable | | $128,606 |
| 9 | **Total Current Assets** | | $197,967 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $1,000 |
| 12 | Furniture and fixtures | D | $600 |
| 13 | Office equipment | D | $4,000 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $4,000 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $9,600 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | $1,085,293 |
| 23 | Loans to affiliates | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $1,085,293 |
| 29 | **Total Assets** | | $1,292,860 |

**NOTE:** Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# Liabilities and Equity
**(General Business Case)**

**Liabilities From Schedules**

    **Post-Petition**

        **Current Liabilities**

| | | | | |
|---|---|---|---|---:|
| 30 | Salaries and wages | | | |
| 31 | Payroll taxes | | | |
| 32 | Real and personal property taxes | | | |
| 33 | Income taxes | | | |
| 34 | Sales taxes | | | |
| 35 | Notes payable (short term) | | | |
| 36 | Accounts payable (trade) | A | | $276,687 |
| 37 | Real property lease arrearage | | | |
| 38 | Personal property lease arrearage | | | |
| 39 | Accrued professional fees | | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | |
| 41 | Other: | | | |
| 42 | | | | |
| 43 | | | | |
| 44 | **Total Current Liabilities** | | | $276,687 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | |
| 46 | **Total Post-Petition Liabilities** | | | $276,687 |

    **Pre-Petition Liabilities (allowed amount)**

| | | | | |
|---|---|---|---|---:|
| 47 | Secured claims | F | | $0 |
| 48 | Priority unsecured claims | F | | $0 |
| 49 | General unsecured claims | F | | $2,769,998 |
| 50 | **Total Pre-Petition Liabilities** | | | $2,769,998 |
| 51 | **Total Liabilities** | | | $3,046,685 |

**Equity (Deficit)**

| | | |
|---|---|---:|
| 52 | Retained Earnings/(Deficit) at time of filing | ($2,743,625) |
| 53 | Capital Stock | $1,263,144 |
| 54 | Additional paid-in capital | |
| 55 | Cumulative profit/(loss) since filing of case | ($2,451) |
| 56 | Post-petition contributions/(distributions) or (draws) | |
| 57 | Treasury Stock | ($28,480) |
| 58 | Market value adjustment | ($242,413) |
| 59 | **Total Equity (Deficit)** | ($1,753,825) |
| 60 | **Total Liabilities and Equity (Deficit)** | $1,292,860 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
**(General Business Case)**

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | $2,459 | |
| 31-60 Days | | $190,000 | |
| 61-90 Days | | | $274,228 |
| 91+ Days | | $84,228 | |
| Total accounts receivable/payable | $0 | $276,687 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | 40636 |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | $5,634 |
| Product for resale | $40,636 | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
| Products for resale | | Other: | |
| | | | |
| Manufacturer - | | | |
| Raw Materials | | | |
| Work-in-progress | | Less - | |
| Finished goods | | Inventory End of Month | $40,636 |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | | |
| | | Cost of Goods Sold | $5,634 |
| TOTAL | $40,636 | | |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?
    Yes _____    No _____

How often do you take a complete physical inventory?

|  |  |
|---|---|
| Weekly | |
| Monthly | |
| Quarterly | |
| Semi-annually | |
| Annually | x |

Date of last physical inventory was    10/13/2009 0:00

Date of next physical inventory is

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -

| | |
|---|---|
| FIFO cost | |
| LIFO cost | |
| Lower of cost or market | x |
| Retail method | |
| Other | |
|   Explain | |

Revised 1/1/98

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total | $0 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - |  |  |
|     Computers and Hardware | $22,858 | $500 |
|     Security System | $22,590 | $500 |
|     Accumulated Depr | ($45,455) |  |
| Total | ($7) | $1,000 |
|  |  |  |
| Furniture & Fixtures - |  |  |
|     Displays and Counter | $8,980 | $600 |
|     Accumulated Depr | ($8,980) |  |
| Total | $0 | $600 |
|  |  |  |
| Office Equipment - |  |  |
|     Vault, Scales Cleaners etc | $17,073 | $4,000 |
|     Accumulated Depr | ($17,073) |  |
| Total | $0 | $4,000 |
|  |  |  |
| Leasehold Improvements - |  |  |
|     Leasehold Imp - Wells Store | $111,987 | $0 |
|     Accumulated depr | ($32,698) |  |
| Total | $79,289 | $0 |
|  |  |  |
| Vehicles - |  |  |
|     98 Chev Truck | $0 | $4,000 |
| Total | $0 | $4,000 |

Revised 1/1/98

**Schedule E**
**Aging of Post-Petition Taxes**
**(As of End of the Current Reporting Period)**

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

**Schedule F**
**Pre-Petition Liabilities**

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | | |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | $2,769,998 | $2,769,998 |

(a)   List total amount of claims even it under secured.
(b)   Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

**Schedule G**
**Rental Income Information**
**Not applicable to General Business Cases**

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | 1st Ind Bank | 1st Ind Bank | 1st Ind Bank | Pay Pal |
| Account Type | Checking | Money Mkt | Personal | Online |
| Account No. | | | | |
| Account Purpose | Expenses | | none | Ebay Sales |
| Balance, End of Month | $10,225 | $17 | $30 | $18,452 |
| Total Funds on Hand for all Accounts | $28,724 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
**Increase/(Decrease) in Cash and Cash Equivalents**
**For the Month Ended   10/31/09**

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | $36,122 | $36,122 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $36,122 | $36,122 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | 5634 | 5634 |
| 14 | Selling | | |
| 15 | Administrative | $2,608 | 2608 |
| 16 | Capital Expenditures | | |
| 17 | Principal Payments on Debt | | |
| 18 | Interest Paid | | |
| | Rent/Lease: | | |
| 19 | Personal Property | | |
| 20 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries | | |
| 22 | Draws | | |
| 23 | Commissions/Royalties | | |
| 24 | Expense Reimbursements | | |
| 25 | Other | | |
| 26 | Salaries/Commissions (less employee withholding) | $15,469 | 15469 |
| 27 | Management Fees | | |
| | Taxes: | | |
| 28 | Employee Withholding | | |
| 29 | Employer Payroll Taxes | $4,697 | 4697 |
| 30 | Real Property Taxes | | |
| 31 | Other Taxes | $865 | 865 |
| 32 | Other Cash Outflows: | | |
| 33 | Contract Labor | $1,800 | 1800 |
| 34 | Professional Fees | $7,500 | 7500 |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | **Total Cash Disbursements:** | $38,573 | $38,573 |
| 39 | **Net Increase (Decrease) in Cash** | ($2,451) | ($2,451) |
| 40 | **Cash Balance, Beginning of Period** | $31,176 | $31,176 |
| 41 | **Cash Balance, End of Period** | $28,725 | $28,725 |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
**(Optional) Increase/(Decrease) in Cash and Cash Equivalents**
**For the Month Ended** 10/31/09

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | $36,122 | $36,122 |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | | |
| 4 | Cash Paid to Suppliers | $5,634 | $5,634 |
| 5 | Cash Paid for Selling Expenses | $20,166 | $20,166 |
| 6 | Cash Paid for Administrative Expenses | $5,273 | $5,273 |
| | Cash Paid for Rents/Leases: | | |
| 7 |     Personal Property | | |
| 8 |     Real Property | | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 |     Salaries | | |
| 12 |     Draws | | |
| 13 |     Commissions/Royalties | | |
| 14 |     Expense Reimbursements | | |
| 15 |     Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 |     Employer Payroll Tax | | |
| 17 |     Employee Withholdings | | |
| 18 |     Real Property Taxes | | |
| 19 |     Other Taxes | | |
| 20 | Cash Paid for General Expenses | | |
| 21 | Professional Fees Paid for Services in Connection with Chp 11 Case | $7,500 | $7,500 |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | ($2,451) | ($2,451) |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | | |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | ($2,451) | ($2,451) |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | ($2,451) | ($2,451) |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $31,176 | $31,176 |
| 46 | **Cash and Cash Equivalents at End of Month** | $28,725 | $28,725 |

Revised 1/1/98