# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: Pacific Pawnbrokers, Inc. | Case No. | 09-53610-gwz |
|---|---|---|
| | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(GENERAL BUSINESS CASE)** | |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**    Nov-09          **PETITION DATE:**    10/14/09

1.  Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).

    Dollars reported in    $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $212,282 | $197,967 | |
| | b. Total Assets | $1,307,175 | $1,292,860 | |
| | c. Current Liabilities | $306,473 | $276,687 | |
| | d. Total Liabilities | $3,072,321 | $3,046,685 | |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $46,053 | $36,122 | $82,175 |
| | b. Total Disbursements | $31,587 | $38,573 | $70,160 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $14,466 | ($2,451) | $12,015 |
| | d. Cash Balance Beginning of Month | $28,725 | $31,176 | $31,176 |
| | e. Cash Balance End of Month (c + d) | $43,191 | $28,725 | $43,191 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | ($22,913) | ($2,451) | ($25,364) |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6. | **Post-Petition Liabilities** | $306,473 | $276,687 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $274,228 | $274,228 | |

**At the end of this reporting month:**

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | | x |
| 13. | Are a plan and disclosure statement on file? | | |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15.  Check if paid: Post-petition taxes ___ ;          U.S. Trustee Quarterly Fees ___ ; Check if filing is current for: Post-petition tax reporting and tax returns: ___ .

    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: _____          _____
                                    Responsible Individual

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended _____ 11/30/09 _____

| | Current Month | | | | | Cumulative | Next Month |
|---|---|---|---|---|---|---|---|
| **Actual** | **Forecast** | **Variance** | | | | **(Case to Date)** | **Forecast** |
| | | | | **Revenues:** | | | |
| $46,053 | | $46,053 | 1 | Gross Sales | | $82,426 | |
| $452 | | ($452) | 2 | less: Sales Returns & Allowances | | $703 | |
| $45,601 | $0 | $45,601 | 3 | Net Sales | | $81,723 | $0 |
| $9,634 | | ($9,634) | 4 | less: Cost of Goods Sold        (Schedule 'B') | | $15,268 | |
| $35,967 | $0 | $35,967 | 5 | Gross Profit | | $66,455 | $0 |
| | | $0 | 6 | Interest | | | |
| | | $0 | 7 | Other Income: _____ | | | |
| | | $0 | 8 | | | | |
| | | $0 | 9 | | | | |
| $35,967 | $0 | $35,967 | 10 | **Total Revenues** | | $66,455 | $0 |
| | | | | **Expenses:** | | | |
| | | $0 | 11 | Compensation to Owner(s)/Officer(s) | | $0 | |
| $3,795 | | ($3,795) | 12 | Salaries | | $19,264 | |
| | | $0 | 13 | Commissions | | | |
| $4,270 | | ($4,270) | 14 | Contract Labor | | $6,070 | |
| | | | | Rent/Lease: | | | |
| | | $0 | 15 | Personal Property | | | |
| $4,838 | | ($4,838) | 16 | Real Property | | $4,838 | |
| $0 | | $0 | 17 | Insurance | | $1,889 | |
| $100 | | ($100) | 18 | Management Fees | | $100 | |
| | | | 19 | Depreciation | | | |
| | | | | Taxes: | | | |
| $6,797 | | ($6,797) | 20 | Employer Payroll Taxes | | $11,494 | |
| | | $0 | 21 | Real Property Taxes | | | |
| $243 | | ($243) | 22 | Other Taxes | | $1,108 | |
| | | $0 | 23 | Other Selling | | | |
| $778 | | ($778) | 24 | Other Administrative | | $778 | |
| $27,658 | | ($27,658) | 25 | Interest | | $27,658 | |
| $0 | | $0 | 26 | Other Expenses:   Postage and delivery | | $88 | |
| $759 | | ($759) | 27 | Building Repairs | | $759 | |
| $0 | | $0 | 28 | Computer repairs | | $69 | |
| $0 | | $0 | 29 | Bank Service Charges | | $88 | |
| $0 | | $0 | 30 | E-Bay Fees | | $383 | |
| $187 | | ($187) | 31 | Payroll Processing | | $278 | |
| $1,524 | | ($1,524) | 32 | Utilities | | $1,524 | |
| $386 | | ($386) | 33 | Postage | | $386 | |
| $3,007 | | ($3,007) | 34 | Health Insurance | | $3,007 | |
| $54,342 | $0 | ($54,342) | 35 | **Total Expenses** | | $79,781 | $0 |
| ($18,375) | $0 | ($18,375) | 36 | **Subtotal** | | ($13,326) | $0 |
| | | | | **Reorganization Items:** | | | |
| ($4,538) | | $4,538 | 37 | Professional Fees | | ($12,038) | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from | | | |
| | | | | Resulting Chp 11 Case | | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | | | |
| | | $0 | 42 | | | | |
| ($4,538) | $0 | ($4,538) | 43 | **Total Reorganization Items** | | ($12,038) | $0 |
| ($22,913) | $0 | ($22,913) | 44 | **Net Profit (Loss) Before Federal & State Taxes** | | ($25,364) | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | | |
| ($22,913) | $0 | ($22,913) | 46 | **Net Profit (Loss)** | | ($25,364) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

## BALANCE SHEET
### (General Business Case)
**For the Month Ended**        11/30/09

**Assets**

|  |  | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $43,191 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Inventory | B | $42,707 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: | | |
| 8 | Pawns Receivable | | $126,384 |
| 9 | **Total Current Assets** | | $212,282 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $1,000 |
| 12 | Furniture and fixtures | D | $600 |
| 13 | Office equipment | D | $4,000 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $4,000 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $9,600 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | $1,085,293 |
| 23 | Loans to affiliates | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $1,085,293 |
| 29 | **Total Assets** | | $1,307,175 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

## Liabilities and Equity
### (General Business Case)

**Liabilities From Schedules**

    **Post-Petition**

        **Current Liabilities**

| | | | |
|---|---|---|---:|
| 30 | Salaries and wages | | |
| 31 | Payroll taxes | | |
| 32 | Real and personal property taxes | | |
| 33 | Income taxes | | |
| 34 | Sales taxes | | |
| 35 | Notes payable (short term) | | |
| 36 | Accounts payable (trade) | A | $306,473 |
| 37 | Real property lease arrearage | | |
| 38 | Personal property lease arrearage | | |
| 39 | Accrued professional fees | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 41 | Other: | | |
| 42 | | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $306,473 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $306,473 |

    **Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---:|
| 47 | Secured claims | F | $0 |
| 48 | Priority unsecured claims | F | $0 |
| 49 | General unsecured claims | F | $2,765,848 |
| 50 | **Total Pre-Petition Liabilities** | | $2,765,848 |
| 51 | **Total Liabilities** | | $3,072,321 |

**Equity (Deficit)**

| | | |
|---|---|---:|
| 52 | Retained Earnings/(Deficit) at time of filing | ($2,743,625) |
| 53 | Capital Stock | $1,263,144 |
| 54 | Additional paid-in capital | |
| 55 | Cumulative profit/(loss) since filing of case | ($25,364) |
| 56 | Post-petition contributions/(distributions) or (draws) | |
| 57 | Treasury Stock | ($28,480) |
| 58 | Market value adjustment | ($230,821) |
| 59 | **Total Equity (Deficit)** | ($1,765,146) |
| 60 | **Total Liabilities and Equity (Deficit)** | $1,307,175 |

## SCHEDULES TO THE BALANCE SHEET
### (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | $32,245 | |
| 31-60 Days | | | |
| 61-90 Days | | | $274,228 |
| 91+ Days | | $274,228 | |
| Total accounts receivable/payable | $0 | $306,473 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | 40636 |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | $11,705 |
| Product for resale | $42,707 | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
| Products for resale | | Other: | |
| | | | |
| Manufacturer - | | | |
| Raw Materials | | Less - | |
| Work-in-progress | | Inventory End of Month | $42,707 |
| Finished goods | | Shrinkage | |
| | | Personal Use | |
| Other - Explain | | | |
| | | Cost of Goods Sold | $9,634 |
| TOTAL | $42,707 | | |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?

Yes _____   No _____

How often do you take a complete physical inventory?

| | |
|---|---|
| Weekly | _____ |
| Monthly | _____ |
| Quarterly | _____ |
| Semi-annually | _____ |
| Annually | x |

Date of last physical inventory was          10/13/2009 0:00

Date of next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -

| | |
|---|---|
| FIFO cost | __ |
| LIFO cost | __ |
| Lower of cost or market | x |
| Retail method | |
| Other | __ |
| Explain | |

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total | $0 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - |  |  |
| Computers and Hardware | $22,858 | $500 |
| Security System | $22,590 | $500 |
| Accumulated Depr | ($45,455) |  |
| Total | ($7) | $1,000 |
|  |  |  |
| Furniture & Fixtures - |  |  |
| Displays and Counter | $8,980 | $600 |
| Accumulated Depr | ($8,980) |  |
| Total | $0 | $600 |
|  |  |  |
| Office Equipment - |  |  |
| Vault, Scales Cleaners etc | $17,073 | $4,000 |
| Accumulated Depr | ($17,073) |  |
| Total | $0 | $4,000 |
|  |  |  |
| Leasehold Improvements - |  |  |
| Leasehold Imp - Wells Store | $111,987 | $0 |
| Accumulated depr | ($32,698) |  |
| Total | $79,289 | $0 |
|  |  |  |
| Vehicles - |  |  |
| 98 Chev Truck | $0 | $4,000 |
|  |  |  |
| Total | $0 | $4,000 |

Revised 1/1/98

**Schedule E**
**Aging of Post-Petition Taxes**
**(As of End of the Current Reporting Period)**

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

**Schedule F**
**Pre-Petition Liabilities**

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | | |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | $2,765,848 | $2,765,848 |

(a)    List total amount of claims even it under secured.

(b)    Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

**Schedule G**
**Rental Income Information**
**Not applicable to General Business Cases**

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | Account 1 | Account 2 | Account 3 | Account 4 | Account 5 |
|---|---|---|---|---|---|
| Bank | 1st Ind Bank | 1st Ind Bank | 1st Ind Bank | Pay Pal | Vault |
| Account Type | Checking | Money Mkt | Personal | Online | |
| Account No. | #1101 | #2973 | #8305 | | |
| Account Purpose | Expenses | | none | Ebay Sales | |
| Balance, End of Month | $18,807 | $119 | $30 | $14,235 | $10,000 |
| Total Funds on Hand for all Accounts | $43,191 | | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended    11/30/09

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | $46,053 | $82,175 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $46,053 | $82,175 |
| **Cash Disbursements** | | | |
| 13 | Payments for Inventory | 1143 | $6,777 |
| 14 | Selling | | |
| 15 | Administrative | $5,863 | $8,471 |
| 16 | Capital Expenditures | | |
| 17 | Principal Payments on Debt | | |
| 18 | Interest Paid | | |
| | Rent/Lease: | | |
| 19 | Personal Property | $4,838 | $4,838 |
| 20 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries | | |
| 22 | Draws | | |
| 23 | Commissions/Royalties | | |
| 24 | Expense Reimbursements | | |
| 25 | Other | | |
| 26 | Salaries/Commissions (less employee withholding) | $3,795 | $19,264 |
| 27 | Management Fees | $100 | $100 |
| | Taxes: | | |
| 28 | Employee Withholding | | |
| 29 | Employer Payroll Taxes | $6,797 | $11,494 |
| 30 | Real Property Taxes | | |
| 31 | Other Taxes | $243 | $1,108 |
| 32 | Other Cash Outflows: | | |
| 33 | Contract Labor | $4,270 | $6,070 |
| 34 | Professional Fees | $4,538 | $12,038 |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | **Total Cash Disbursements:** | $31,587 | $70,160 |
| 39 | **Net Increase (Decrease) in Cash** | $14,466 | $12,015 |
| 40 | **Cash Balance, Beginning of Period** | $28,725 | $31,176 |
| 41 | **Cash Balance, End of Period** | $43,191 | $43,191 |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
### (Optional) Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended  11/30/09

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | $46,053 | $82,175 |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | | |
| 4 | Cash Paid to Suppliers | $1,143 | $6,777 |
| 5 | Cash Paid for Selling Expenses | $10,592 | $30,758 |
| 6 | Cash Paid for Administrative Expenses | $10,476 | $15,749 |
| | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | | |
| 8 | Real Property | $4,838 | $4,838 |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | | |
| 12 | Draws | | |
| 13 | Commissions/Royalties | | |
| 14 | Expense Reimbursements | | |
| 15 | Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 | Employer Payroll Tax | | |
| 17 | Employee Withholdings | | |
| 18 | Real Property Taxes | | |
| 19 | Other Taxes | | |
| 20 | Cash Paid for General Expenses | | |
| 21 | Professional Fees Paid for Services in Connection with Chp 11 Case | $4,538 | $12,038 |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $14,466 | $12,015 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | | |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $14,466 | $12,015 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $14,466 | $12,015 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $28,725 | $31,176 |
| 46 | **Cash and Cash Equivalents at End of Month** | $43,191 | $43,191 |

Revised 1/1/98

# Pacific Pawnbroker 2009
## Check Detail
### November 2009

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount | ount |
|------|-----|------|------|------|---------|-------------|-----------------|------|
| Check | 14836 | 11/21/2009 | Cheryl Schlader | | Acct# 1101 Payroll Expenses | -2,652.19 | -2,652.19 | 10.00 |
| TOTAL | | | | | | -2,652.19 | 2,652.19 | 10.00 |
| Check | 14837 | 11/21/2009 | William Campos | | Acct# 1101 Payroll Expenses | -631.68 | 631.68 | 05.24 |
| TOTAL | | | | | | -631.68 | 631.68 | 05.24 |
| Check | 14838 | 11/21/2009 | St. Mary's Health P... | | Acct# 1101 Health Insurance | -951.05 | -951.05 | 88.33 |
| TOTAL | | | | | | -951.05 | 951.05 | 38.33 |
| Check | 61149 | 11/2/2009 | Allied Investments | | Acct# 1101 Rent | -4,747.64 | 4,747.64 | 32.01 |
| TOTAL | | | | | | -4,747.64 | 4,747.64 | 32.01 |
| Check | 61150 | 11/2/2009 | NV Energy | | Acct# 1101 Utilities | -850.45 | 850.45 | 20.00 |
| TOTAL | | | | | | -850.45 | 850.45 | 20.00 |
| Check | 61151 | 11/6/2009 | TMWA | | Acct# 1101 Utilities | -19.78 | -19.78 | 10.00 |
| TOTAL | | | | | | -19.78 | 19.78 | 10.00 |
| Check | 61152 | 11/7/2009 | Warren S Anderson | | Acct# 1101 Outside Labor | -360.00 | 360.00 | 10.00 |
| TOTAL | | | | | | -360.00 | 360.00 | 00.00 |
| Check | 61153 | 11/7/2009 | Edward Palmquist | | Acct# 1101 Outside Labor | -360.00 | 360.00 | 3.71 |
| TOTAL | | | | | | -360.00 | 360.00 | 3.71 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: Pacific Pawnbrokers, Inc.

Case No. _____

CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: ___Nov-09___         PETITION DATE: ___10/14/09___

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in ___$1___

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. Asset and Liability Structure | | | |
| a. Current Assets | $212,282 | $197,967 | |
| b. Total Assets | $1,307,175 | $1,292,860 | |
| c. Current Liabilities | $306,473 | $276,687 | |
| d. Total Liabilities | $3,072,321 | $3,046,685 | |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. Statement of Cash Receipts & Disbursements for Month | | | |
| a. Total Receipts | $46,053 | $36,122 | $82,175 |
| b. Total Disbursements | $31,587 | $38,573 | $70,160 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $14,466 | ($2,451) | $12,015 |
| d. Cash Balance Beginning of Month | $28,725 | $31,176 | $31,176 |
| e. Cash Balance End of Month (c + d) | $43,191 | $28,725 | $43,191 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | ($22,913) | ($2,451) | ($25,364) |
| 5. Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. Post-Petition Liabilities | $306,473 | $276,687 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $274,228 | $274,228 | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | | x |
| 13. | Are a plan and disclosure statement on file? | | x |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes ___;     U.S. Trustee Quarterly Fees ___; Check if filing is current for: Post-petition tax reporting and tax returns:

(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: ___1/21/10___          _____
                              Responsible Individual

Revised 1/1/98



| | P.O. BOX 11100<br>RENO, NEVADA 89510-1100<br>(775) 828-2000 | 008 00001 01<br>ACCOUNT:<br>DOCUMENTS: | 13011101<br>44 | PAGE: 1<br>11/30/2009 |

PACIFIC PAWNBROKERS INC
DEBTOR IN POSSESION
PO BOX 3679                                                                30
SPARKS NV 89432                                                             5
                                                                          39

==================================================================
Bank from your office - ask us about e-Deposit.
Do you have an idea to get the local economy going again or do you want
to see some ideas?  If so, visit www.fromwoetowhoa.com
==================================================================

==================================================================
COMMERCIAL ANALYSIS ACCOUNT 13011101
==================================================================

```
                          LAST STATEMENT 10/29/09        21,251.37
                                23 CREDITS               34,501.72
                                51 DEBITS                40,696.22
                          THIS STATEMENT 11/30/09        15,056.87
```

```
- - - - - - - - - - DEPOSITS - - - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
      11/04       224.04          11/06    5,000.00            11/18   5,175.00
      11/06       115.00          11/12    5,000.00
```

```
- - - - - - - - OTHER CREDITS - - - - - - - -
DESCRIPTION                                              DATE        AMOUNT
RBS WorldPay BNKCRD DEP LK267590 102734                  11/02        83.62
RBS WorldPay BNKCRD DEP LK267590 102935                  11/05       244.47
RBS WorldPay BNKCRD DEP LK267590 110336                  11/09        10.13
RBS WorldPay BNKCRD DEP LK267590 110638                  11/10        27.46
RBS WorldPay BNKCRD DEP LK267590 110537                  11/10       113.65
RBS WorldPay BNKCRD DEP LK267590 110739                  11/12        78.95
RBS WorldPay BNKCRD DEP LK267590 110940                  11/13        20.98
DISCOVER NETWORK SETTLEMENT 601101506048733              11/13        43.09
RBS WorldPay BNKCRD DEP LK267590 111242                  11/17       127.22
RBS WorldPay BNKCRD DEP LK267590 111343                  11/17       716.22
RBS WorldPay BNKCRD DEP LK267590 111444                  11/19       159.97
RBS WorldPay BNKCRD DEP LK267590 111745                  11/23        31.35
RBS WorldPay BNKCRD DEP LK267590 111946                  11/24        87.41
RBS WorldPay BNKCRD DEP LK267590 112047                  11/24       217.54
700016611 Online Transfer from 15022973 on 11/24/09 at   11/24     9,900.00
   11:14
                    * * *  C O N T I N U E D  * * *
```

```
                                      008 00001 01          PAGE:    2
                                      ACCOUNT:       13011101  11/30/2009
                                      DOCUMENTS:          44
```

PACIFIC PAWNBROKERS INC

=================================================================
COMMERCIAL ANALYSIS ACCOUNT 13011101
=================================================================
- - - - - - - OTHER CREDITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| RBS WorldPay BNKCRD DEP LK267590 112148 | 11/25 | 83.26 |
| RBS WorldPay BNKCRD DEP LK267590 112450 | 11/30 | 42.36 |
| 700051592 Online Transfer from 15022973 on 11/30/09 at 13:54 | 11/30 | 7,000.00 |

- - - - - - - - - CHECKS - - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 14826*11/10   2,652.20 | 61146 11/03      200.00 | 61159 11/17      360.00 |
| 14830 11/05   1,798.54 | 61147 11/02      320.00 | 61160 11/16      120.00 |
| 14831 11/09   2,571.26 | 61148 11/04      360.00 | 61161 11/23      213.71 |
| 14832 11/20   2,652.21 | 61149 11/10    4,747.64 | 61162 11/25       26.77 |
| 14833 11/12     631.67 | 61150 11/06      850.45 | 61163*11/20      320.00 |
| 14834 11/19     951.05 | 61151 11/13       19.78 | 61165 11/24      100.00 |
| 14835*11/23   2,531.93 | 61152 11/10      360.00 | 61166 11/24       92.00 |
| 14837 11/25     631.68 | 61153 11/09      360.00 | 61167 11/24      360.00 |
| 14838*11/30     951.05 | 61154 11/10      810.00 | 61168 11/23      320.00 |
| 59989*11/03      53.35 | 61155 11/13    1,105.24 | 61169 11/24    4,537.50 |
| 61143 11/02      68.94 | 61156 11/17      368.33 | 61170 11/30       34.47 |
| 61144 11/04     259.68 | 61157 11/18      432.01 | 61171*11/30      667.00 |
| 61145 11/04      90.00 | 61158 11/18      200.00 | 61176 11/30      360.00 |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - OTHER DEBITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| IRS USATAXPYMT 274970600846434 | 11/02 | 6.95 |
| IRS USATAXPYMT 274970300487307 | 11/02 | 3,098.19 |
| DISCOVER NETWORK SETTLEMENT 601101506048733 | 11/03 | 39.95 |
| RBS WorldPay MTHLY CHGS LK267590 110209 | 11/04 | 83.43 |
| PLAN ADMINISTRAT ADMIN FEES 22384 | 11/05 | 100.00 |
| PACIFIC PAWNBROK PAYROLL AR08 AR08 | 11/09 | 62.50 |
| PACIFIC PAWNBROK PAYROLL AR08 9999 | 11/13 | 62.47 |
| RBS WorldPay BNKCRD DEP LK267590 111041 | 11/16 | .10 |
| IRS USATAXPYMT 274972000085108 | 11/16 | 1,853.44 |
| PACIFIC PAWNBROK PAYROLL AR08 AR08 | 11/20 | 62.50 |
| RBS WorldPay BNKCRD DEP LK267590 112349 | 11/30 | .15 |
| IRS USATAXPYMT 274973400181893 | 11/30 | 1,838.08 |

- - - ITEMIZATION OF NSF PAID AND RETURNED ITEM FEES - - -

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| NSF PAID ITEM FEE: | .00 | 535.00 |
| NSF RETURNED ITEM FEE: | .00 | .00 |
| OVERDRAFT FEES: | .00 | 10.00 |

* * * C O N T I N U E D * * *

PACIFIC PAWNBROKERS INC 13011101 Page 7

61163 - $320.00 - 11/20/2009 -



61169 - $4,537.50 - 11/24/2009 -



61165 - $100.00 - 11/24/2009 -



61170 - $34.47 - 11/30/2009 -



61166 - $92.00 - 11/24/2009 -



61171 - $667.00 - 11/30/2009 -



61167 - $360.00 - 11/24/2009 -



61176 - $360.00 - 11/30/2009 -



61168 - $320.00 - 11/23/2009 -

PACIFIC PAWNBROKERS INC 13011101 Page 5

61143 - $68.94 - 11/02/2009 -

61144 - $259.68 - 11/04/2009 -

61145 - $90.00 - 11/04/2009 -

61146 - $200.00 - 11/03/2009 -

61147 - $320.00 - 11/02/2009 -

61148 - $360.00 - 11/04/2009 -

61149 - $4,747.64 - 11/10/2009 -

61150 - $850.45 - 11/06/2009 -

61151 - $19.78 - 11/13/2009 -

61152 - $360.00 - 11/10/2009 -



**FIRST INDEPENDENT**
BANK OF NEVADA
Member FDIC
Subsidiary of Western Alliance Bancorporation

P.O. BOX 11100
RENO, NEVADA 89510-1100
(775) 828-2000

008 00001 01
ACCOUNT: 15022973
DOCUMENTS: 0

PAGE: 1
11/30/2009

*Reconciled 12-4-09 OK*

PACIFIC PAWNBROKERS INC
DEBTOR IN POSSESION
PO BOX 3679
SPARKS NV 89432

30
0
0

```
==================================================================
              Bank from your office - ask us about e-Deposit.
     Do you have an idea to get the local economy going again or do you want
                to see some ideas?  If so, visit www.fromwoetowhoa.com
==================================================================
```
Transfer activity is limited on Money Market and Savings accounts.
Please refer to your Deposit Account Agreement and Disclosure or contact
our Headquarters staff at (775) 828-2000 for further details.
Six (6) transfers may be made by check, draft, debit card or other
instruction (including POS transactions) during one calendar month or
statement cycle.  Transfers and withdrawals made in person, by messenger,
by mail or at an ATM are unlimited.  Fees may apply if these limits are
exceeded.  See our Schedule of Fees for details.

```
==================================================================
              MEDALLION BUSINESS MONEY MARKET ACCOUNT 15022973
==================================================================
```

AVERAGE BALANCE                3,914.32  LAST STATEMENT 10/29/09            17.45
                                        4 CREDITS                      17,001.45
                                        2 DEBITS                       16,900.00
                                        THIS STATEMENT 11/30/09           118.90

```
          - - - - - - - - OTHER CREDITS - - - - - - - -
```
DESCRIPTION                                          DATE        AMOUNT
PAYPAL TRANSFER 4CPJ23WSGTUT2                        11/02      4,000.00
PAYPAL TRANSFER 4CPJ23XM8XKTU                        11/18      6,000.00
INTEREST                                             11/30          1.45
PAYPAL TRANSFER 4CPJ23Y464A9C                        11/30      7,000.00

```
          - - - - - - - - OTHER DEBITS - - - - - - - -
```
DESCRIPTION                                          DATE        AMOUNT
700016611 Online Transfer to 13011101 on 11/24/09 at 11:14   11/24      9,900.00
700051592 Online Transfer to 13011101 on 11/30/09 at 13:54   11/30      7,000.00
                    * * * C O N T I N U E D * * *

DP002 (03/09)                          *Member Federal Deposit Insurance Corporation*

```
                              008 00001 01              PAGE:    2
                              ACCOUNT:      15022973  11/30/2009
                              DOCUMENTS:           0
```

PACIFIC PAWNBROKERS INC

========================================================================
MEDALLION BUSINESS MONEY MARKET ACCOUNT 15022973
========================================================================

- - - - - - - - - - I N T E R E S T - - - - - - - - - -

```
AVERAGE LEDGER BALANCE:        3,914.32  INTEREST EARNED:              1.45
INTEREST PAID THIS PERIOD:         1.45  DAYS IN PERIOD:                 32
INTEREST PAID 2009:               10.79  ANNUAL PERCENTAGE YIELD EARNED:  .42%
```

- - - ITEMIZATION OF NSF PAID AND RETURNED ITEM FEES - - -

```
                                    THIS PERIOD     YEAR TO DATE

          NSF PAID ITEM FEE:             .00            .00
          NSF RETURNED ITEM FEE:         .00            .00
          OVERDRAFT FEES:                .00            .00
```

- - - - - - - - DAILY BALANCE - - - - - - -

| DATE..........BALANCE | DATE..........BALANCE | DATE..........BALANCE |
|---|---|---|
| 11/02      4,017.45 | 11/24        117.45 | |
| 11/18     10,017.45 | 11/30        118.90 | |

- END OF STATEMENT -



**FIRST INDEPENDENT**
BANK OF NEVADA
Member FDIC
Subsidiary of Western Alliance Bancorporation

P.O. BOX 11100
RENO, NEVADA 89510-1100
(775) 828-2000

008 00001 01                    PAGE:    1
ACCOUNT:              13011101  12/31/2009
DOCUMENTS:                  45

*Reconciled 1/12/10*

PACIFIC PAWNBROKERS INC
DEBTOR IN POSSESION                         30
PO BOX 3679                                  7
SPARKS NV  89432                            38

```
================================================================
         Bank from your office - ask us about e-Deposit.
  Do you have an idea to get the local economy going again or do you want
         to see some ideas?  If so, visit www.fromwoetowhoa.com
****************************************************************
   Beginning January 1, 2010, your available balance on your overdraft
  protection line will no longer be included in your available checking
         balance on the printed receipt when using the ATM
================================================================
```

COMMERCIAL ANALYSIS ACCOUNT 13011101
```
================================================================
```

| | LAST STATEMENT 11/30/09 | 15,056.87 |
|---|---|---|
| | 22 CREDITS | 24,539.86 |
| | 53 DEBITS | 35,199.31 |
| | THIS STATEMENT 12/31/09 | 4,397.42 |

```
- - - - - - - -  DEPOSITS - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
     12/02    5,022.44      12/18     597.05       12/30       70.00
     12/09     161.59       12/21     467.83
     12/16    5,562.50      12/23     204.75
```

```
- - - - - - - -  OTHER CREDITS - - - - - -
```

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| RBS WorldPay BNKCRD DEP LK267590 112551 | 12/01 | 379.67 |
| RBS WorldPay BNKCRD DEP LK267590 112752 | 12/03 | 214.10 |
| RBS WorldPay BNKCRD DEP LK267590 120153 | 12/07 | 193.13 |
| RBS WorldPay BNKCRD DEP LK267590 120856 | 12/14 | 138.14 |
| AMERICAN EXPRESS SETTLEMENT 5275101525 | 12/14 | 176.87 |
| 700035679 Online Transfer from 15022973 on 12/14/09 at 10:35 | 12/14 | 7,000.00 |
| RBS WorldPay BNKCRD DEP LK267590 121057 | 12/15 | 8.11 |
| RBS WorldPay BNKCRD DEP LK267590 121158 | 12/16 | 331.92 |
| RBS WorldPay BNKCRD DEP LK267590 121459 | 12/17 | 50.52 |
| RBS WorldPay BNKCRD DEP LK267590 121560 | 12/22 | 707.41 |

```
                    * * * C O N T I N U E D * * *
```

01/22/2010 FRI 9:57 FAX                                                    Ø010/014

01/21/2010 THU 07:07 FAX 707 5329770 Ck M & k Emerson Case 09-53640-gwz Doc 49 Entered 01/22/10 11:10:20   Page 19 of 23   Ø014/027

```
                              008 00001 01            PAGE:     2
                              ACCOUNT:                13011101  12/31/2009
                              DOCUMENTS:              45
```

PACIFIC PAWNBROKERS INC

```
================================================================================
                  COMMERCIAL ANALYSIS ACCOUNT 13011101
================================================================================
          - - - - - - - OTHER CREDITS - - - - - - -
DESCRIPTION                                          DATE     AMOUNT
RBS WorldPay BNKCRD DEP LK267590 121861              12/23    2,883.84
RBS WorldPay BNKCRD DEP LK267590 122162              12/28    110.50
DISCOVER NETWORK SETTLEMENT 601101506048733          12/29    53.86
RBS WorldPay BNKCRD DEP LK267590 122363              12/29    197.48
RBS WorldPay BNKCRD DEP LK267590 122464              12/31    8.15
```

```
              - - - - - - - - - CHECKS - - - - - - - - - -
CHECK #..DATE.....AMOUNT    CHECK #..DATE.....AMOUNT    CHECK #..DATE.....AMOUNT
 14836*12/02   2,652.19     61175*12/01     360.00      61190 12/18      92.64
 14839 12/07   2,531.95     61177 12/07     139.88      61191 12/22     432.01
 14840 12/15   2,652.20     61178 12/10   4,747.64      61192 12/22     213.62
 14841 12/10     631.67     61179 12/03     240.00      61193 12/21     600.00
 14842 12/14     951.05     61180*12/10     776.43      61194 12/18     540.00
 14843 12/21   2,531.93     61182 12/08     360.00      61195 12/23     106.53
 14844 12/29   2,652.20     61183 12/08     200.00      61196 12/21     280.00
 14845 12/23     631.67     61184 12/07     360.00      61197 12/23     200.00
 14846*12/31     951.05     61185 12/14   1,815.59      61198 12/22     360.00
 61164*12/07     184.53     61186 12/15     165.63      61199*12/22     360.00
 61172 12/02      90.00     61187 12/17     400.00      61201 12/29     350.00
 61173 12/02      14.96     61188 12/15     360.00      61202 12/29     350.00
 61174 12/01     242.86     61189 12/15     310.00
```

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

```
              - - - - - - - - OTHER DEBITS - - - - - - - -
DESCRIPTION                                          DATE     AMOUNT
DISCOVER NETWORK SETTLEMENT 601101506048733          12/02    41.01
October 2009 Analysis Charge                         12/02    308.93
PLAN ADMINISTRAT ADMIN FEES 22384                    12/04    100.00
RBS WorldPay MTHLY CHGS LK267590 120209              12/07    52.89
PACIFIC PAWNBROK PAYROLL AR08 AR08                   12/07    62.50
RBS WorldPay BNKCRD DEP LK267590 120455              12/08    .05
RBS WorldPay BNKCRD DEP LK267590 120354              12/08    .10
RBS WorldPay BNKCRD DEP LK267590 120455              12/10    .15
IRS USATAXPYMT 274974500816820                       12/11    1,838.04
Analysis Charge                                      12/14    26.35
RBS WorldPay BNKCRD DEP LK267590 121158              12/15    .05
PACIFIC PAWNBROK PAYROLL AR08 9999                   12/15    23.38
PACIFIC PAWNBROK PAYROLL AR08 AR08                   12/18    69.50
IRS USATAXPYMT 274976200887228                       12/28    1,838.08
RBS WorldPay BNKCRD DEP LK267590 122464              12/30    .05
              * * *  C O N T I N U E D  * * *
```

PACIFIC PAWNBROKERS INC 13011101 Page 4



01/22/2010 FRI 9:58 FAX 012/014

01/21/2010 THU 13:54 FAX 7753297773 Mesk Febetech Case 09-53610-gwz Doc 168 Entered 01/22/10 11:10:20 Page 21 of 23 016/027

PACIFIC PAWNBROKERS INC 13011101 Page 6

**61184 – $360.00 – 12/07/2009 –**



**61189 – $310.00 – 12/15/2009 –**



**61185 – $1,815.59 – 12/14/2009 –**



**61190 – $92.64 – 12/18/2009 –**



**61186 – $165.63 – 12/15/2009 –**



**61191 – $432.01 – 12/22/2009 –**



**61187 – $400.00 – 12/17/2009 –**



**61192 – $213.62 – 12/22/2009 –**



**61188 – $360.00 – 12/15/2009 –**



**61193 – $600.00 – 12/21/2009 –**

01/22/2010 FRI 9:59 FAX ☑013/014

01/21/2010 THU 13:07 FAX 7752297172 Black Rooster Ok Case 09-53610-gwz Doc 48 Entered 01/22/10 11:10:20 Page 22 of 23 ☑005/027



**FIRST INDEPENDENT**
BANK OF NEVADA
*Member FDIC*
*Subsidiary of Western Alliance Bancorporation*

P.O. BOX 11100
RENO, NEVADA 89510-1100
(775) 828-2000

008 00001 01         PAGE:  1
ACCOUNT:      15022973  12/31/2009
DOCUMENTS:      0

PACIFIC PAWNBROKERS INC
DEBTOR IN POSSESION
PO BOX 3679                          30
SPARKS NV 89432                    0
                                                    0

```
==================================================================
        Bank from your office - ask us about e-Deposit.
   Do you have an idea to get the local economy going again or do you want
           to see some ideas?  If so, visit www.fromwoetowhoa.com
==================================================================
Transfer activity is limited on Money Market and Savings accounts.
Please refer to your Deposit Account Agreement and Disclosure or contact
our Headquarters staff at (775) 828-2000 for further details.
Six (6) transfers may be made by check, draft, debit card or other
instruction (including POS transactions) during one calendar month or
statement cycle.  Transfers and withdrawals made in person, by messenger,
by mail or at an ATM are unlimited.  Fees may apply if these limits are
exceeded.  See our Schedule of Fees for details.
*****************************************************************
   Beginning January 1, 2010, your available balance on your overdraft
  protection line will no longer be included in your available checking
            balance on the printed receipt when using the ATM

==================================================================
        MEDALLION BUSINESS MONEY MARKET ACCOUNT 15022973
==================================================================


AVERAGE BALANCE         4,151.15  LAST STATEMENT 11/30/09        118.90
                                        4 CREDITS            23,001.43
                                        1 DEBITS              7,000.00
                              THIS STATEMENT 12/31/09        16,120.33

- - - - - - - OTHER CREDITS - - - - - - -
DESCRIPTION                                      DATE       AMOUNT
PAYPAL TRANSFER 4CPJ23YV33CVC                    12/11      7,000.00
PAYPAL TRANSFER 4CPJ23ZEK52EG                    12/21      8,000.00
PAYPAL TRANSFER 4CPJ23ZVZW6KJ                    12/30      8,000.00
INTEREST                                         12/31          1.43

- - - - - - - - OTHER DEBITS - - - - - - -
DESCRIPTION                                      DATE       AMOUNT
700035679 Online Transfer to 13011101 on 12/14/09 at 10:35  12/14  7,000.00
                * * * C O N T I N U E D * * *
```

DP002 (03/09)

*Member Federal Deposit Insurance Corporation*

```
                              008 00001 01              PAGE:    2
                              ACCOUNT:        15022973  12/31/2009
                              DOCUMENTS:             0
```

PACIFIC PAWNBROKERS INC

=====================================================================
MEDALLION BUSINESS MONEY MARKET ACCOUNT 15022973
=====================================================================

- - - - - - - - - I N T E R E S T - - - - - - - - -

```
AVERAGE LEDGER BALANCE:        4,151.15  INTEREST EARNED:              1.43
INTEREST PAID THIS PERIOD:         1.43  DAYS IN PERIOD:                 31
INTEREST PAID 2009:               12.22  ANNUAL PERCENTAGE YIELD EARNED:  .41%
```

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
******************************************************************
*                                   TOTAL FOR        TOTAL      *
*                                  THIS PERIOD    YEAR TO DATE   *
*                                                                *
* TOTAL OVERDRAFT FEES:                  .00             .00     *
* TOTAL RETURNED ITEM FEES:              .00             .00     *
******************************************************************
```

- - - - - - - DAILY BALANCE - - - - - - -

```
DATE..........BALANCE    DATE..........BALANCE    DATE..........BALANCE
12/11       7,118.90     12/21        8,118.90    12/31       16,120.33
12/14         118.90     12/30       16,118.90
```

- END OF STATEMENT -