1    Name of Attorney Kevin A. Darby
2    Bar #    7670
     Address   4777 Caughlin Parkway
3              Reno, NV 89519
     Phone # 775.322.1237
4    e-mail address kevin@darbylawpractice.com

5              **UNITED STATES BANKRUPTCY COURT**

6              **DISTRICT OF NEVADA**

7

8    In re                                    )    BK- 09-53610-GWZ
9                                             )
     PACIFIC PAWNBROKERS, INC.,               )    Chapter 11
                                              )
10                                            )    NOTICE OF HEARING ON
                                              )    APPROVAL OF DISCLOSURE STATEMTENT
11                                            )
                                              )    Hearing Date: September 21, 2010
12                                            )    Hearing Time: 2:00 pm
                                              )
13                 Debtor(s)                  )

14

15   **NOTICE IS HEREBY GIVEN** that a MOTION FOR Disclosure Statement      was filed on

16   07/05/10    by Pacific Pawnbrokers, Inc.    . The Motion seeks the following relief: _____

17   Approval of Disclosure Statement                        . Any opposition must be filed pursuant to Local

18   Rule 9014(d)(1).

19

20   **NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the

21   Motion, or if you want the court to consider your views on the Motion, then you must file an

22   opposition with the court, and serve a copy on the person making the Motion ***no later than 14 days***

23   preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)).

24   . The opposition must state your position, set forth all relevant facts and legal authority, and be

25   supported by affidavits or declarations that conform to Local Rule 9014(c).

26

27

28

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Clifton Young Federal Building, 300 Booth Street, Fifth Floor, Bankruptcy Courtroom No. 3  , Reno, Nevada 89509 on  September 21, 2010 , at the hour of  2:00 pm

DATED:  July 16, 2010                          /s/ Kevin A. Darby

NV_9014(NtcHrg_RN-12-09).wpd

- 2 -

E-filed on: July 16, 2010

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>PACIFIC PAWNBROKERS, INC.,<br><br><br>Debtor(s),<br><br>_____<br><br><br>Plaintiff,<br><br>vs.<br><br><br>Defendant. | Case No.: BK-N-09-53610-gwz<br><br>Chapter 11<br><br><br>Adversary No.: _____<br><br><br><br><br>Hearing Date: September 21, 2010<br>Time: 2:00 pm |

## CERTIFICATE OF SERVICE

**Do not use this form to prove service of a summons and complaint. To prove service of a summons and complaint use the certificate in the court form entitled "Adversary - Summons and Notice of Scheduling Conference in an Adversary Proceeding" which is available on the court's website at www.nvb.uscourts.gov.**

1. On July 16, 2010 *(date)* I served the following document(s) *(specify):*

DEBTOR'S DISCLOSURE STATEMENT, DEBTOR'S CHAPTER 11 PLAN FOR REORGANIZATION, NOTICE OF HEARING FOR DISCLOSURE STATEMENT

---

1

2.      I served the above-named document(s) by the following means to the persons as listed below:
_____

**ECF System:**

COURTNEY MILLER O'MARA on behalf of Creditor NICHOLAS RINAURO
comara@lionelsawyer.com, llucero@lionelsawyer.com

U.S.TRUSTEE-RN-11
USTPRegion17.RE.ECF@usdoj.gov

_____

**By United States mail, first-class, postage fully prepaid:**

***ATTACHED HERETO***

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

                  July 16, 2010
Signed on:_____

      Kendal Stephens                                    */s/ Kendal Stephens*
_____          _____
(NAME OF DECLARANT)                       An Employee of Darby Law Practice, Ltd.

```
Label Matrix for local noticing      PACIFIC PAWNBROKERS, INC.            United States Bankruptcy Court
0978-3                               701 RYLAND AVE                       300 Booth Street
Case 09-53610-gwz                    RENO, NV 89502-1693                  Reno, NV 89509-1361
District of Nevada
Reno
Fri Jul 16 11:45:46 PDT 2010

ALLIED I.C. SERVICES                 ALLSTATE INSURANCE                   AUGUSTA KURTZ
6121 LAKESIDE DRIVE                  604 MOANA LANE                       1115 EXCHANGE STREET
SUITE 150                            SUITE D                              Sparks, NV 89431-0917
Reno, NV 89511-8533                  Reno, NV 89509-4903


BEVERLY SALHANICK, ESQ.              BROOKS THIELE                        BROOKS THIELE
Acct No xx9471                       10040 E. HAPPY VALLEY                HOLLAND & HART LLP
2001 S. JONES                        #2054                                ATTN:  TIMOTHY A. LUKAS, ESQ.
SUITE 1                              Scottsdale, AZ 85255-2346            5441 KIETZKE LANE, SECOND FLOOR
Las Vegas, NV 89146-3182                                                  RENO, NEVADA 89511-3026

CAROL WEISENBORN                     CHRISTIAN & PATTIE VILLAFUERTE        CLAUDIA MURRAY
25515 NE 46TH AVENUE                 7430 SLUG GULCH RD                   9355 N. SANTA MARGARITA RD
Ridgefield, WA 98642-9176            SOMERSET CA 95684-9244               Atascadero, CA 93422-6248


D&B MALINOSKI                        EMERGY TECH LABS                     ERNEST LARRY HALL
365 ROLLING ACRES RD                 2351 TENAYA DRIVE                    746 6TH STREET
Youngsville, NC 27596-8981           Modesto, CA 95354-3934              Sparks, NV 89431-4501


FLF ENTERPRISES, INC                 FREDERICK D. WILLIAMS, ESQ.          GORDON QUADE
PO BOX 27568                         5515 WEDEKIND RD                     7540 YORKSHIRE DR
San Francisco, CA 94127-0568         Sparks, NV 89431-1147               Reno, NV 89506-1952


(p)INTEGRA TELECOM                   (p)INTERNAL REVENUE SERVICE          INTERNAL REVENUE SERVICE
1201 NE LLOYD BLVD                   CENTRALIZED INSOLVENCY OPERATIONS    Philadelphia, PA 19101
SUITE 500                            PO BOX 21126
PORTLAND OR 97232-1259               PHILADELPHIA PA 19114-0326


JENNY MULQUEENY                      JOANNE M. ANDERSON                   JOYCE AND HERB KOCH
2131 COLLEGE PARK LANE               C/O ANDERSON, DORN & RADER, LTD      145 ALBERT STREET
Soddy Daisy, TN 37379-3162           500 DAMONTE RANCH PRKWY              Loretto, MN 55357-4520
                                     STE 860
                                     Reno, NV 89521-4818

LAW OFFICES OF BARRY SEROTA AND ASSOCIAT  LAW OFFICES OF GERALD PHILLIPS  MARY LORD
Acct No ADT: xxxxx2322               PO BOX 11400                         C/O LAW OFFICE OF ROBERT KILBY
PO BOX 1008                          Reno, NV 89510-1400                  580 MT. ROSE ST.
Arlington Heights, IL 60006-1008                                          RENO, NV 89509-3362

MARY LORD                            NEVADA ENERGY                        NICK & SUE RINAURO
PO BOX 384                           SIERRA PACIFIC POWER COMPANY         PO BOX 47
Kalama, WA 98625-0400                CUSTOMER COLLECTIONS DEPARTMENT      Middletown, CA 95461-0047
                                     PO BOX 10100
                                     RENO NV 89520-0024
```

Nick Rinauro
c/o Lionel Sawyer & Collins
Attn:  Courtney Miller O'Mara
50 W. Liberty St., Ste., 1100
Reno, NV 89501-1951

PHILLIP AND JOANNE ANDERSON TRUSTEES
1680 PITTMAN AVE
Sparks, NV 89431-5620

RAY E. AND CHIN SUK WEISENBORN
C/O CAROL WEISENBORN
25515 NE 46TH AVE.
RIDGEFIELD, WA 98642-9176

RAY WEISENBORN
417 MINERAL
Bozeman, MT 59718-6248

RENO CUSTOM CRATING AND WOOD FABRICATION
Acct No PPB
4865 JOULE STREET
SUITE C8
Reno, NV 89502-4151

ROBERT KILBY, ESQ.
580 MT. ROSE STREET
Reno, NV 89509-3362

ROBERTA EPSTEIN
3162 OAKBRIDGE DRIVE
San Jose, CA 95121-1725

S.F.D. TRADING, INC.
C/O THE JEWELERS BOARD OF TRADE
P.O.BOX 6928
PROVIDENCE, RI 02940-6928

SCOTT FAMILY TRUST
546 DIANA PLACE
Arroyo Grande, CA 93420-4103

SFD TRADING, INC.
868 BRANNAN STREET
SUITE 307
San Francisco, CA 94103-5680

SIMPLEXGRINNELL
1105 S. ROCK BLVD STE 127
RENO NV 89502-7166

STEPHEN AND EILEEN OLIVER
59 DEER MEADOW LN
Danville, CA 94506-2126

STEPHEN OLIVER
59 DEER MEADOW LANE
Danville, CA 94506-2126

Sue Belcher
c/o Lionel Sawyer & Collins
Attn:  Courtney Miller O'Mara
50 W. Liberty St., Ste., 1100
Reno, NV 89501-1951

Sue Belcher Rinauro
c/o Lionel Sawyer & Collins
Attn:  Courtney Miller O'Mara
50 W. Liberty St., Ste., 1100
Reno, NV 89501-1951

TAL RON DIAMONDS
1000 BRANNAN STREET
STE 3030
SAN FRANCISCO CA 94103-4831

TRUCKEE MEADOWS WATER AUTHORITY
1355 CAPITAL BLVD
Reno, NV 89502-7140

U.S. TRUSTEE - RN - 11
300 BOOTH STREET
SUITE 2129
RENO, NV 89509-1300

WAYNE SIZEMORE
1660 WHITEWOOD DRIVE
Sparks, NV 89434-2667

WILLIAM AND JEANNA RICHARDS
5245 DOLORES DRIVE
Sparks, NV 89436-6641

WILMA JEAN MANIZ
1314 DAISY LANE
Livermore, CA 94551-1302

WOODBURN AND WEDGE
6100 NEIL ROAD
#500
PO BOX 2311
Reno, NV 89505-2311

Yellow Book Sales & Distribution Inc
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

KEVIN A. DARBY
DARBY LAW PRACTICE, LTD.
4777 CAUGHLIN PKWY
RENO, NV 89519-0906

NICHOLAS RINAURO
COURTNEY O'MARA/LIONEL SAWYER & COL
50 W. LIBERTY ST., STE 1100
RENO, NV 89501-1951

SUSAN BELCHER RINAURO
COURTNEY O'MARA/LIONEL SAWYER & COL
50 W. LIBERTY ST., STE 1100
RENO, NV 89501-1951

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTEGRA TELECOM
PO BOX 2966
Milwaukee, WI 53201

INTERNAL REVENUE SERVICE
PO BOX 21126
DPN 781
PHILADELPHIA, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)DARBY LAW PRACTICE, LTD.                (u)CHRISTIAN &/OR PATTIE VILLAFUERTE              (u)STATE OF NEVADA DEPT OF PUBLIC SAFETY
                                           7430 SLUG GULCH RD
                                           AZ 85684

End of Label Matrix
Mailable recipients    55
Bypassed recipients     3
Total                  58