John White, Esq., SB #1741  
WHITE LAW CHARTERED  
335 West First Street  
Reno, NV 89503  
775-322-8000  
775-322-1228 (Fax)  
john@whitelawchartered.com  
Proposed Counsel to the  
Official Committee of Unsecured Creditors

E-filed on September 2, 2010

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO: BK-N-09-53610-GWZ |
| PACIFIC PAWNBROKERS, INC., a Nevada corporation, | Chapter 11 |
| Debtor. | NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING ("NEGATIVE NOTICE") ON THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 1103(a) OF THE BANKRUPTCY CODE AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF WHITE LAW CHARTERED AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS. |
| | (No Hearing Unless An Objection is Filed and Noticed.) |

**NOTICE IS HEREBY GIVEN** that an APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 1103(a) OF THE BANKRUPTCY CODE AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF WHITE LAW CHARTERED AS COUNSEL

WHITE LAW CHARTERED LAWYERS  
20TH CENTURY BLDG.  
335 W. FIRST STREET  
RENO, NV 89503  

T (775) 322-8000  
F (775) 322-1228

1

FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS ("Application") and AFFIDAVIT OF JOHN WHITE IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 1103(a) OF THE BANKRUPTCY CODE AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF WHITE LAW CHARTERED AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS were filed herein on September 2nd, 2010. The Application seeks for an Order from this Court seeking relief as follows:  1)  Authorizing the employment and retention of White Law Chartered ("WLC") as the counsel for the Committee of Unsecured Creditors ("Committee"), effective as of August 26, 2010, to advise and represent the Committee; 2) Authorizing WLC to provide legal services to the Committee that it deems necessary and appropriate; 3)  Authorizing WLC to be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the Local Rules, the Fee Guidelines promulgated by the Executive Office of the United States Trustee, and such procedures as may be fixed by Order of this Court; and, 4) Requesting this Court to retain jurisdiction to hear and determine all matters arising from the implementation of an Order Approving the employment and retention of WLC as counsel for the Committee pursuant to Chapter 11, sections 105 and 1103(a) of the Bankruptcy Code. Any opposition must be filed pursuant to Local Rule 9014 (d)(1).  The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

/ / /

/ / /

/ / /

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

> Pursuant to Local Rule 9014.1, the court will consider the Application, an objection, or other matter without further notice of hearing unless a party in interest files an objection within 21 days from the service of this paper. If you object to the relief requested in this paper, you may file your objection at the bankruptcy clerk's office located in Reno at the United States Bankruptcy Court, in the Clifton Young Federal Building, 300 Booth Street, First Floor, Reno, Nevada 89509, and serve a copy on the movant's attorney and any other appropriate persons.
>
> It is the duty of the objecting party to timely set the objection for a hearing and properly notice all parties in interest. The objecting party must not give less than fourteen (14) days' notice of the hearing. If you do not file an objection within the time permitted, an order granting the requested relief may be entered by the court without further notice or hearing.

Copy of the Application may be obtained from WLC upon written request to the undersigned at 335 West First St., Reno, NV 89503.

DATED: September 2, 2010.

WHITE LAW CHARTERED

By: _____
John White, Esq.,

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

## CERTIFICATE OF SERVICE

I hereby certify under penalties and pain of perjury that I am an employee of White Law Chartered and that on this 2nd day of September 2010, I served a true and correct copy of the foregoing NEGATIVE NOTICE to the following parties:

☑   a.  Via ECF System on

KEVIN A. DARBY- kevin@darbylawpractice.com, tricia@darbylawpractice.com; melissa@darbylawpractice.com; tiffani@darbylawpractice.com; kendal@darbylawpractice.com;
COURTNEY MILLER O'MARA- comara@lionelsawyer.com, llucero@lionelsawyer.com
U.S. Trustee - RN - 11 USTPRegion17.RE.ECF@usdoj.gov

☑   b. Via First class, U.S. mail, postage prepaid, to the following interested parties:

Pacific Pawnbrokers, Inc.
701 Ryland ave.
Reno, NV 89502

Mary Lord
P.O. Box 384
Kalama, WA 98625

Brooks Thiele
10040 E. Happy Valley #2054
Scottsdale, AZ 95255

Robert Kilby Esq.
580 Mt. Rose Street
Reno, NV 89509

Philip & Joanne Anderson Trustees
1680 Pittman Avenue
Sparks, NV 89431

Wayne Sizemore
1660 Whitewood Drive
Sparks, NV 89434

4

Scott Family Trust
546 Diana Place
Arroyo Grande, CA 93420

    The undersigned further affirms that the preceding document does not contain the social security number of any person

Dated: September 2, 2010.

*Araceli Gonzalez*
Araceli Gonzalez, Employee
White Law Chartered

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228