1
2
3
4
5
6
7
8  DARBY LAW PRACTICE, LTD.
   Kevin A. Darby, NSB#7670
9  Tricia M. Darby, NSB#7956
10 4777 Caughlin Parkway
   Reno, NV 89519
11 Tel: (775) 322.1237
   Fax: (775) 996.7290
12 kevin@darbylawpractice.com
13 tricia@darbylawpractice.com
14 Attorney for Debtor

15
## UNITED STATES BANKRUPTCY COURT
16 ## DISTRICT OF NEVADA

17 In re:                                           )
                                                    ) CASE NO.    BK-N-09-53610-gwz
18 PACIFIC PAWNBROKERS, INC.,                       )
                                                    ) Chapter 11
19                                                  )
20        Debtor.                                   ) **STIPULATION TO CONTINUE HEARING**
                                                    ) **ON APPROVAL OF DEBTOR'S**
21                                                  ) **DISCLOSURE STATEMENT**
22                                                  )
                                                    ) Hearing Date: September 21, 2010
23                                                  ) Hearing Time: 2:00 p.m.
                                                    ) New Hearing Date: TBD
24 _____          ) New Hearing Time: TBD
25
26        IT IS HEREBY STIPULATED AND AGREED by and between KEVIN A. DARBY, ESQ.
27 of Darby Law Practice, Ltd., attorney for PACIFIC PAWNBROKERS, INC., Debtor in the above-
28

captioned Chapter 11 Bankruptcy Case; and JOHN WHITE, ESQ., of White Law Chartered, attorney for the Official Committee of Unsecured Creditors that the Debtor's Disclosure Statement Approval Hearing originally scheduled for September 21, 2010 at 2:00 p.m. is hereby continued and to be reset on a date yet to be determined by the Court.

IT IS FURTHER STIPULATED AND AGREED that the Debtor shall provide Counsel for the Official Committee of Unsecured Creditors the information as requested in the Objection filed by the Committee on September 7, 2010 (Doc. #31) not later than 7 days prior to the continued hearing date.

DATED this 20th day of September, 2010.

WHITE LAW CHARTERED

_____
JOHN WHITE, ESQ.
335 West First Street
Reno, Nevada 89503


DARBY LAW PRACTICE, LTD.



_____
KEVIN A. DARBY, ESQ.
4777 Caughlin Parkway
Reno, Nevada 89509