UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: [CASE NAME]

PACIFIC PAWNBROKERS, INC.

Case No. 09-53610

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

AMENDED
MONTH ENDED: Oct-09              PETITION DATE: 10/14/09

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

|  |  | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
|  | a. Current Assets | $197,967 | $231,338 | |
|  | b. Total Assets | $1,147,522 | $1,457,556 | |
|  | c. Current Liabilities | $276,687 | $2,458 | |
|  | d. Total Liabilities | $3,046,685 | $2,962,577 | |
|  |  | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
|  | a. Total Receipts | $36,122 | $4,405 | $36,122 |
|  | b. Total Disbursements | $38,573 | $62,936 | $38,573 |
|  | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($2,451) | ($58,531) | ($2,451) |
|  | d. Cash Balance Beginning of Month | $31,176 | $89,707 | $31,176 |
|  | e. Cash Balance End of Month (c + d) | $28,725 | $31,176 | $28,725 |
|  |  | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
| 4. | Profit/(Loss) from the Statement of Operations | ($2,451) | ($16,639) | ($2,451) |
| 5. | Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. | Post-Petition Liabilities | $276,687 | $249,299 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $274,228 | $249,299 | |

At the end of this reporting month:                                              **Yes**         **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) _____ X _____
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) _____ X _____
10. If the answer is yes to 8 or 9, were all such payments approved by the court? _____ _____
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) _____ _____
12. Is the estate insured for replacement cost of assets and for general liability? _____ X _____
13. Are a plan and disclosure statement on file? _____ _____
14. Was there any post-petition borrowing during this reporting period? _____ X _____

15. Check if paid: Post-petition taxes ___;  U.S. Trustee Quarterly Fees ___;  Check if filing is current for: Post-petition tax reporting and tax returns: ___.
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 9/21/10                                       _____
                                                    Responsible Individual

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Period    10 14 09 to 10 31 09

| Current Month | | | | | Cumulative | Next Month |
| Actual | Forecast | Variance | # | | (Case to Date) | Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| $36,373 | | $36,373 | 1 | Gross Sales | $36,373 | |
| $251 | | ($251) | 2 | less: Sales Returns & Allowances | $251 | |
| $36,122 | $0 | $36,122 | 3 | Net Sales | $36,122 | $0 |
| $5,634 | | ($5,634) | 4 | less: Cost of Goods Sold     (Schedule 'B') | $5,634 | |
| $30,488 | $0 | $30,488 | 5 | Gross Profit | $30,488 | $0 |
| | | $0 | 6 | Interest | | |
| | | $0 | 7 | Other Income: | | |
| | | $0 | 8 | | | |
| | | $0 | 9 | | | |
| $30,488 | $0 | $30,488 | 10 | **Total Revenues** | $30,488 | $0 |
| | | | | **Expenses:** | | |
| | | $0 | 11 | Compensation to Owner(s)/Officer(s) | | |
| $15,469 | | ($15,469) | 12 | Salaries | $15,469 | |
| | | $0 | 13 | Commissions | | |
| $1,800 | | ($1,800) | 14 | Contract Labor | $1,800 | |
| | | | | Rent/Lease: | | |
| | | $0 | 15 |     Personal Property | | |
| | | $0 | 16 |     Real Property | | |
| $1,799 | | ($1,799) | 17 | Insurance | $1,799 | |
| | | $0 | 18 | Management Fees | | |
| | | $0 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| $4,697 | | ($4,697) | 20 |     Employer Payroll Taxes | $4,697 | |
| | | $0 | 21 |     Real Property Taxes | | |
| $865 | | ($865) | 22 |     Other Taxes | $865 | |
| | | $0 | 23 | Other Selling | | |
| | | $0 | 24 | Other Administrative | | |
| | | $0 | 25 | Interest | | |
| $88 | | ($88) | 26 | Other Expenses:    Postage and delivery | $88 | |
| | | $0 | 27 | | | |
| $69 | | ($69) | 28 | Computer repairs | $69 | |
| $88 | | ($88) | 29 | Bank Service Charges | $88 | |
| $383 | | ($383) | 30 | E-Bay Fees | $383 | |
| $91 | | ($91) | 31 | Payroll Processing | $91 | |
| $90 | | ($90) | 32 | Warehouse Rent | $90 | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| $25,439 | $0 | ($25,439) | 35 | **Total Expenses** | $25,439 | $0 |
| $5,049 | $0 | $5,049 | 36 | **Subtotal** | $5,049 | $0 |
| | | | | **Reorganization Items:** | | |
| ($7,500) | | $7,500 | 37 | Professional Fees | ($7,500) | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | | |
| | | $0 | 42 | | | |
| ($7,500) | $0 | ($7,500) | 43 | **Total Reorganization Items** | ($7,500) | $0 |
| ($2,451) | $0 | ($2,451) | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($2,451) | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | |
| ($2,451) | $0 | ($2,451) | 46 | **Net Profit (Loss)** | ($2,451) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
For the Month Ended  10/31/09

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $28,725 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Inventory | B | $40,636 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: | | |
| 8 | Pawns Receivable | | $128,606 |
| 9 | **Total Current Assets** | | $197,967 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $1,000 |
| 12 | Furniture and fixtures | D | $600 |
| 13 | Office equipment | D | $4,000 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $4,000 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $9,600 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | $939,955 |
| 23 | Loans to affiliates | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $939,955 |
| 29 | **Total Assets** | | $1,147,522 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# Liabilities and Equity
(General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| # | Item | | Amount |
|---|------|---|--------|
| 30 | Salaries and wages | | |
| 31 | Payroll taxes | | |
| 32 | Real and personal property taxes | | |
| 33 | Income taxes | | |
| 34 | Sales taxes | | |
| 35 | Notes payable (short term) | | |
| 36 | Accounts payable (trade) | A | $276,687 |
| 37 | Real property lease arrearage | | |
| 38 | Personal property lease arrearage | | |
| 39 | Accrued professional fees | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 41 | Other: | | |
| 42 | | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $276,687 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $276,687 |

**Pre-Petition Liabilities (allowed amount)**

| # | Item | | Amount |
|---|------|---|--------|
| 47 | Secured claims | F | $0 |
| 48 | Priority unsecured claims | F | $0 |
| 49 | General unsecured claims | F | $2,769,998 |
| 50 | **Total Pre-Petition Liabilities** | | $2,769,998 |
| 51 | **Total Liabilities** | | $3,046,685 |

**Equity (Deficit)**

| # | Item | Amount |
|---|------|--------|
| 52 | Retained Earnings/(Deficit) at time of filing | ($2,743,625) |
| 53 | Capital Stock | $1,263,144 |
| 54 | Additional paid-in capital | |
| 55 | Cumulative profit/(loss) since filing of case | ($2,451) |
| 56 | Post-petition contributions/(distributions) or (draws) | |
| 57 | Treasury Stock | ($28,480) |
| 58 | Market value adjustment | ($387,751) |
| 59 | **Total Equity (Deficit)** | ($1,899,163) |
| 60 | **Total Liabilities and Equity (Deficit)** | $1,147,522 |

Revised 1/1/98

## SCHEDULES TO THE BALANCE SHEET
(General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | $2,459 | |
| 31-60 Days | | $190,000 | |
| 61-90 Days | | | $274,228 |
| 91+ Days | | $84,228 | |
| Total accounts receivable/payable | $0 | $276,687 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | 40636 |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | $5,634 |
| Product for resale | $40,636 | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
| Products for resale | | Other: | |
| | | | |
| Manufacturer - | | | |
| Raw Materials | | | |
| Work-in-progress | | Less - | |
| Finished goods | | Inventory End of Month | $40,636 |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | | |
| | | Cost of Goods Sold | $5,634 |
| TOTAL | $40,636 | | |

**Method of Inventory Control**
Do you have a functioning perpetual inventory system?
    Yes _____    No _____
How often do you take a complete physical inventory?

Weekly _____
Monthly _____
Quarterly _____
Semi-annually _____
Annually     x_____
Date of last physical inventory was            10/13/2009 0:00

Date of next physical inventory is

**Inventory Valuation Methods**
Indicate by a checkmark method of inventory used.

Valuation methods -
    FIFO cost _____
    LIFO cost _____
    Lower of cost or market    x
    Retail method _____
    Other _____
      Explain

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---|---|
| | | |
| Total | $0 | $0 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| Computers and Hardware | $22,858 | $500 |
| Security System | $22,590 | $500 |
| Accumulated Depr | ($45,455) | |
| Total | ($7) | $1,000 |
| | | |
| Furniture & Fixtures - | | |
| Displays and Counter | $8,980 | $600 |
| Accumulated Depr | ($8,980) | |
| Total | $0 | $600 |
| | | |
| Office Equipment - | | |
| Vault, Scales Cleaners etc | $17,073 | $4,000 |
| Accumulated Depr | ($17,073) | |
| Total | $0 | $4,000 |
| | | |
| Leasehold Improvements - | | |
| Leasehold Imp - Wells Store | $111,987 | $0 |
| Accumulated depr | ($32,698) | |
| Total | $79,289 | $0 |
| | | |
| Vehicles - | | |
| 98 Chev Truck | $0 | $4,000 |
| Total | $0 | $4,000 |

Revised 1/1/98

## Schedule E
### Aging of Post-Petition Taxes
(As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | | |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | $2,769,998 | $2,769,998 |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | 1st Ind Bank | 1st Ind Bank | 1st Ind Bank | Pay Pal |
| Account Type | Checking | Money Mkt | Personal | Online |
| Account No. | | | | |
| Account Purpose | Expenses | | none | Ebay Sales |
| Balance, End of Month | $10,225 | $17 | $30 | $18,452 |
| Total Funds on Hand for all Accounts | $28,724 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 10/31/09

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | $36,122 | $36,122 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $36,122 | $36,122 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | 5634 | 5634 |
| 14 | Selling | | |
| 15 | Administrative | $2,608 | 2608 |
| 16 | Capital Expenditures | | |
| 17 | Principal Payments on Debt | | |
| 18 | Interest Paid | | |
| | Rent/Lease: | | |
| 19 |    Personal Property | | |
| 20 |    Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 |    Salaries | | |
| 22 |    Draws | | |
| 23 |    Commissions/Royalties | | |
| 24 |    Expense Reimbursements | | |
| 25 |    Other | | |
| 26 | Salaries/Commissions (less employee withholding) | $15,469 | 15469 |
| 27 | Management Fees | | |
| | Taxes: | | |
| 28 |    Employee Withholding | | |
| 29 |    Employer Payroll Taxes | $4,697 | 4697 |
| 30 |    Real Property Taxes | | |
| 31 |    Other Taxes | $865 | 865 |
| 32 | Other Cash Outflows: | | |
| 33 |    Contract Labor | $1,800 | 1800 |
| 34 |    Professional Fees | $7,500 | 7500 |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | **Total Cash Disbursements:** | $38,573 | $38,573 |
| 39 | **Net Increase (Decrease) in Cash** | ($2,451) | ($2,451) |
| 40 | **Cash Balance, Beginning of Period** | $31,176 | $31,176 |
| 41 | **Cash Balance, End of Period** | $28,725 | $28,725 |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended 10/31/09

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | $36,122 | $36,122 |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | | |
| 4 | Cash Paid to Suppliers | $5,634 | $5,634 |
| 5 | Cash Paid for Selling Expenses | $20,166 | $20,166 |
| 6 | Cash Paid for Administrative Expenses | $5,273 | $5,273 |
| | Cash Paid for Rents/Leases: | | |
| 7 |    Personal Property | | |
| 8 |    Real Property | | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 |    Salaries | | |
| 12 |    Draws | | |
| 13 |    Commissions/Royalties | | |
| 14 |    Expense Reimbursements | | |
| 15 |    Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 |    Employer Payroll Tax | | |
| 17 |    Employee Withholdings | | |
| 18 |    Real Property Taxes | | |
| 19 |    Other Taxes | | |
| 20 | Cash Paid for General Expenses | | |
| 21 | Professional Fees Paid for Services in Connection with Chp 11 Case | $7,500 | $7,500 |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | ($2,451) | ($2,451) |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | | |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | ($2,451) | ($2,451) |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | ($2,451) | ($2,451) |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $31,176 | $31,176 |
| 46 | **Cash and Cash Equivalents at End of Month** | $28,725 | $28,725 |

Revised 1/1/98