Courtney Miller O'Mara
comara@lionelsawyer.com
Nevada Bar No. 10683
LIONEL SAWYER & COLLINS
1100 Bank of America Plaza
50 West Liberty Street
Reno, Nevada 89501
(775) 788-8624 (Telephone)
(775) 788-8682 (Fax)

Attorneys for Nicholas Rinauro
and Susan Belcher Rinauro

Electronically filed on October 1, 2010

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 09-53610-GWZ |
| PACIFIC PAWNBROKERS, INC., | Chapter 11 |
| Debtor. | **SUBSTITUTION OF COUNSEL/NOTICE OF WITHDRAWAL AS COUNSEL FOR NICHOLAS RINAURO AND SUSAN BELCHER RINAURO** |
| _____ / | **(no hearing required)** |

Creditors Nicholas Rinauro and Susan Belcher Rinauro, pursuant to FED. R. BANKR. P. 9010(a), are substituted, *pro per,* in the place and stead of COURTNEY MILLER O'MARA of LIONEL SAWYER & COLLINS. All notices should be forwarded to:

Nicholas Rinauro and Susan Belcher Rinauro
P.O. Box 1988
Carson City, NV 89702

DATED this 9 day of 29, 2010.

By: /s/ Nicholas Rinauro
Nicholas Rinauro

By: /s/ Susan Belcher Rinauro
Susan Belcher Rinauro

The undersigned consents to the substitution of Creditors Nicholas Rinauro and Susan

//

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1100 BANK OF AMERICA PLAZA
50 WEST LIBERTY ST.
RENO,
NEVADA 89501
(775) 788-8666

1  Belcher Rinauro, *pro per,* in the place and stead of COURTNEY MILLER O'MARA of
2  LIONEL SAWYER & COLLINS.
3     DATED this 1st day of October, 2010.

                                    LIONEL SAWYER & COLLINS

                                    By: *[signature]*
                                    Courtney Miller O'Mara
                                    Nevada Bar No. 10683
                                    50 West Liberty Street, Ste. 1100
                                    Reno, Nevada 89501

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1100 BANK OF AMERICA PLAZA
50 West Liberty Street
RENO,
NEVADA 89501
(775) 788-8666