**EXHIBIT A**

**EXHIBIT A**

## EXHIBIT A

## IDENTITY AND FAIR MARKET VALUE OF DEBTOR'S ASSETS

| | |
|---|---|
| Cash On Hand: | $ 5,000.00 |
| Cash In Bank: | $ 2,000.00 |
| Accounts Receivable (Secured Pawn Loans): | $ 95,606.00 |
| Office Equipment & Computers: | $ 250.00 |
| Showcase, Lighting & Displays: | $ 1,500.00 |
| Inventory (See attached itemized list): | $ 30,744.50 |
| Pawn License (Restricted/Non-transferrable): | $ 0.00 |
| **TOTAL:** | **$135,100.50** |

Current Items in Inventory  
All Items

PACIFIC PAWNBROKERS, INC.  
701 RYLAND AVE.  
RENO, NV 89502  
(775) 348-2525

Date : 10/12/2009 09:20:59 AM

| Inv # | Item Type, Brand, Desc, Model and Serial # | Bin | Quantity | Cost |
|---|---|---|---|---|
| I-34698 | TOOL: DEWALT 1 3/4 | | 1.00 | 20.00 |
| I-34699 | DVD DISC MUSIC & MOVIES | | 556.00 | 0.50 |
| I-34700 | ANTIQUE RING JEWELRY , 18KT, 10.70 Grams; DIAMOND & CITRINE RING | | 1.00 | 550.00 |
| I-34701 | CUSTOM PIECE RING JEWELRY , 14KT, 9.00 Grams; CATS EYE & 2.00 CT TW DIAS | | 1.00 | 600.00 |
| I-34702 | TOOL: SNAP AROUND | | 1.00 | 50.00 |
| I-34703 | TOOL: SNAP AROUND | | 1.00 | 50.00 |
| I-34704 | TOOL: SNAP AROUND | | 1.00 | 50.00 |
| I-34705 | TOOL: SNAP AROUND | | 1.00 | 50.00 |
| I-34706 | TOOL: STERLING TORCH | | 1.00 | 25.00 |
| I-34707 | TOOL: STERLING TORCH | | 1.00 | 25.00 |
| I-34708 | TOOL: STERLING TORCH | | 1.00 | 25.00 |
| I-34709 | TOOL: STERLING TORCH | | 1.00 | 25.00 |
| I-34710 | TOOL: STRAIGHT LINE | | 1.00 | 15.00 |
| I-34711 | TOOL: STRAIGHT LINE | | 1.00 | 15.00 |
| I-34712 | TOOL: DAMPER | | 1.00 | 30.00 |
| I-34713 | SLIDER PENDANT JEWELRY , 16.00 Grams; TANZANITE & DIAMOND / PLAT. | | 1.00 | 1250.00 |
| I-34714 | TOOL: AIR HOSE | | 1.00 | 25.00 |
| I-34715 | TOOL: AIR HOSE | | 1.00 | 25.00 |
| I-34716 | HOUSEHOLD APPLIANCES: SAFE | | 1.00 | 250.00 |
| I-34717 | HOUSEHOLD APPLIANCES: SAFE | | 1.00 | 250.00 |
| I-34718 | HOUSEHOLD APPLIANCES: SAFE | | 1.00 | 250.00 |
| I-34719 | DIAMOND BAND JEWELRY MANS 10 KT, 14KT, 3.50 Grams; 0.50 CT TW BAG. & ROUND DIAMONDS | | 1.00 | 200.00 |
| I-34720 | ANTIQUE/COLLECTABLES: STATUE | | 1.00 | 600.00 |
| I-34721 | ANTIQUE/COLLECTABLES: STATUE | | 1.00 | 600.00 |
| I-34722 | ANTIQUE/COLLECTABLES: STATUE | | 1.00 | 600.00 |
| I-34723 | WOMANS 18 KT CLUSTER RING JEWELRY , 18KT, 12.05 Grams; 0.50 CT TW DIA BUTTERFLY RING | | 1.00 | 850.00 |
| I-34725 | WOMANS 14 KT BIRTHSTONE RING JEWELRY , 14 KT & 22KT, 10.00 Grams; 0.55 CT TW DIAS / & AQUAMARINE | | 1.00 | 1250.00 |
| I-34726 | CUSTOM PIECE JEWELRY , 14KT, 9.00 Grams; 0.40 CT TW DIAS / W BLUE TOPAZ | | 1.00 | 750.00 |
| I-34727 | CUSTOM PIECE JEWELRY , 14KT, 11.50 Grams; BLUE TOPAZ / 0.75 CT TW DIAS | | 1.00 | 875.00 |
| I-34728 | CLOCK ANTIQUE/COLLECTABLES, QUARTZ CLOCK | | 1.00 | 50.00 |
| I-34729 | MUSIC BOX ANTIQUE/COLLECTABLES | | 1.00 | 8.00 |
| I-34730 | EARRING JEWELRY BLUE TOPAZ, 18KT, 15.90 Grams; 2.00 CT DIA / HEART SHAPE BLUE TOPAZ | | 1.00 | 1475.00 |
| I-34731 | DIAMOND BAND JEWELRY , 14KT, 11.80 Grams 1.00 CT TW DIA BAND | | 1.00 | 450.00 |
| I-34732 | WOMANS 14 KT WEDDING BAND JEWELRY , 14 KT & 22KT, 4.00 Grams; 0.50CT CENTER / 0.75 CT TW SIDES | | 1.00 | 500.00 |

Current Items in Inventory  
All Items

PACIFIC PAWNBROKERS, INC.  
701 RYLAND AVE.  
RENO, NV 89502  
(775) 348-2525

Date : 10/12/2009 09:20:59 AM

| Inv # | Item Type, Brand, Desc, Model and Serial # | Bin | Quantity | Cost |
|---|---|---|---|---|
| I-34733 | FIGURINE ANTIQUE/COLLECTABLES | | 1.00 | 50.00 |
| I-34734 | FIGURINE ANTIQUE/COLLECTABLES | | 1.00 | 50.00 |
| I-34735 | MONEY CLIP JEWELRY , STERLING925, 78.00 Grams | | 1.00 | 75.00 |
| I-34736 | STERLING SILVER BRACELET JEWELRY  925  53.00 Grams  INLAY STYLE | | 1.00 | 40.00 |
| I-34737 | CHARMS JEWELRY , 14KT, 1.20 Grams | | 1.00 | 30.00 |
| I-34738 | 14 KT CHARMS JEWELRY , 1.20 Grams | | 1.00 | 30.00 |
| I-34739 | 14 KT PENDANT JEWELRY , 14KT, 3.90 Grams | | 1.00 | 60.00 |
| I-34740 | GENERAL SPORTS EQUIP; whip | | 1.00 | 15.00 |
| I-34741 | GENERAL SPORTS EQUIP; whip | | 1.00 | 15.00 |
| I-34742 | GENERAL SPORTS EQUIP; whip | | 1.00 | 15.00 |
| I-34743 | TOOL; REPAIR KIT | | 1.00 | 10.00 |
| I-34744 | TOOL; TRANSIT | | 1.00 | 50.00 |
| I-34745 | TOOL; TRANSIT | | 1.00 | 50.00 |
| I-34747 | GENERAL SPORTS EQUIP; NET | | 1.00 | 10.00 |
| I-34748 | ANTIQUE/COLLECTABLES; ART WORK | | 1.00 | 150.00 |
| I-34749 | TOOL; TOOL COMBO | | 1.00 | 50.00 |
| I-34750 | HOUSEHOLD; CHOCOLATE POT | | 1.00 | 10.00 |
| I-34751 | TOOL; DRILL BIT SET | | 1.00 | 10.00 |
| I-34752 | TOOL; DRILL | | 1.00 | 20.00 |
| I-34753 | TOOL; CREEPER | | 1.00 | 30.00 |
| I-34754 | TOOL; LEVEL | | 1.00 | 10.00 |
| I-34755 | TOOL; LEVEL | | 1.00 | 10.00 |
| I-34756 | TOOL; LEVEL | | 1.00 | 10.00 |
| I-34757 | HOUSEHOLD; MAILBOX | | 1.00 | 150.00 |
| I-34758 | 14 KT PENDANT JEWELRY , 14KT, 8.50 Grams  Custom Elks Pend | | 1.00 | 150.00 |
| I-34759 | WOMANS 14 KT FREE FORM RING JEWELRY , 5.20 Grams;  TANZANITE & DIA RING | | 1.00 | 200.00 |
| I-34760 | 14 KT BRACELET JEWELRY , 18.90 Grams; WHITE & BLUE  DIAMONDS 9.5 CT TW | | 1.00 | 500.00 |
| I-34761 | 14 KT BRACELET JEWELRY , 17.80 Grams; EMERALD &  DIAMOND TENNIS BRAC | | 1.00 | 600.00 |
| I-34762 | 14 KT BRACELET JEWELRY , 25.10 Grams; RUBY & DIAMOND  TENNIS BRACELET | | 1.00 | 650.00 |
| I-34763 | 14 KT BRACELET JEWELRY , 17.10 Grams; SAPPHIRE &  DIAMOND TENNIS BRAC | | 1.00 | 500.00 |
| I-34764 | 14 KT BRACELET JEWELRY , 25.90 Grams; SAPPHIRE &  DIAMOND TENNIS BRAC | | 1.00 | 600.00 |
| I-34765 | MUSICAL INSTRUMENTS; ALPINE GUITAR | | 1.00 | 40.00 |
| I-34766 | MUSICAL INSTRUMENTS; ALPINE GUITAR | | 1.00 | 40.00 |
| I-34767 | MUSICAL INSTRUMENTS; ALPINE GUITAR | | 1.00 | 40.00 |
| I-34768 | MUSICAL INSTRUMENTS; NEW YORK PRO | | 1.00 | 100.00 |
| I-34769 | MUSICAL INSTRUMENTS; TRINITY RIVER | | 1.00 | 50.00 |
| I-34770 | LOOSE STONE(S) JEWELRY; CITRINE | | 1.00 | 80.00 |

**Current Items in Inventory**
All Items

PACIFIC PAWNBROKERS, INC.
701 RYLAND AVE.
RENO, NV 89502
(775) 348-2525

Date : 10/12/2009 09:20:59 AM

| Inv # | Item Type, Brand, Desc, Model and Serial # | Bin | Quantity | Cost |
|---|---|---|---|---|
| I-34771 | STEREO/RADIO: BOSE SPEAKERS | | 1.00 | 100.00 |
| I-34772 | MUSICAL INSTRUMENTS: GUITAR CAB | | 1.00 | 100.00 |
| I-34773 | MUSICAL INSTRUMENTS: PEAVEY AMP | | 1.00 | 50.00 |
| I-34774 | ANTIQUE/COLLECTABLES: PAINTINGS | | 1.00 | 200.00 |
| I-34775 | ANTIQUE/COLLECTABLES: PAINTINGS | | 1.00 | 200.00 |
| I-34776 | ANTIQUE/COLLECTABLES: PAINTINGS | | 1.00 | 200.00 |
| I-34777 | ANTIQUE/COLLECTABLES: PAINTINGS | | 1.00 | 20.00 |
| I-34778 | ANTIQUE/COLLECTABLES: PAINTINGS | | 1.00 | 20.00 |
| I-34779 | ANTIQUE/COLLECTABLES: PAINTING | | 1.00 | 100.00 |
| I-34780 | ANTIQUE/COLLECTABLES | | 1.00 | 20.00 |
| I-34781 | ANTIQUE/COLLECTABLES | | 1.00 | 100.00 |
| I-34782 | ANTIQUE/COLLECTABLES | | 1.00 | 200.00 |
| I-34783 | ANTIQUE/COLLECTABLES | | 1.00 | 200.00 |
| I-34784 | ANTIQUE/COLLECTABLES | | 1.00 | 200.00 |
| I-34785 | ANTIQUE/COLLECTABLES | | 1.00 | 2000.00 |
| I-34786 | ANTIQUE/COLLECTABLES | | 1.00 | 200.00 |
| I-34787 | ANTIQUE/COLLECTABLES | | 1.00 | 200.00 |
| I-34788 | ANTIQUE/COLLECTABLES | | 1.00 | 50.00 |
| I-34789 | ANTIQUE/COLLECTABLES | | 1.00 | 100.00 |
| I-34790 | ANTIQUE/COLLECTABLES | | 1.00 | 100.00 |
| I-34791 | ANTIQUE/COLLECTABLES | | 1.00 | 100.00 |
| I-34792 | TOOL: LADDER | | 1.00 | 100.00 |
| I-34793 | ANTIQUE/COLLECTABLES: | | 1.00 | 200.00 |
| I-34794 | ANTIQUE/COLLECTABLES | | 1.00 | 100.00 |
| I-34795 | MUSICAL INSTRUMENTS | | 1.00 | 20.00 |
| I-34796 | MUSICAL INSTRUMENTS | | 1.00 | 20.00 |
| I-34797 | TOOL | | 1.00 | 250.00 |
| I-34798 | TOOL | | 1.00 | 100.00 |
| I-34799 | TOOL: HUSKY | | 1.00 | 100.00 |
| I-34800 | APPLIANCE/HOUSEWARE: AIR CONDITIONER | | 1.00 | 50.00 |
| I-34801 | LOOSE STONE(S) JEWELRY: RUBY MELEE | | 2.00 | 28.00 |
| I-34802 | LOOSE STONE(S) JEWELRY: CITRINE | | 1.00 | 60.00 |
| I-34803 | DIAMOND LOOSE STONE(S) JEWELRY: MELEE | | 1.00 | 60.00 |
| I-34804 | LOOSE STONE(S) JEWELRY: MARQ JADE | | 1.00 | 90.00 |
| I-34805 | LOOSE STONE(S) JEWELRY: JADE | | 1.00 | 90.00 |
| I-34806 | LOOSE STONE(S) JEWELRY: JADE | | 1.00 | 90.00 |
| I-34807 | LOOSE STONE(S) JEWELRY: JADE | | 1.00 | 90.00 |
| I-34808 | DIAMOND LOOSE STONE(S) JEWELRY: 1 PAIR | | 1.00 | 90.00 |
| I-34809 | DIAMOND LOOSE STONE(S) JEWELRY: ASSORT LOOSE | | 1.00 | 35.00 |
| I-34810 | LOOSE STONE(S) JEWELRY: RHODALITE GARNET | | 1.00 | 75.00 |
| I-34811 | LOOSE STONE(S) JEWELRY: AMETHYST LOOSE | | 1.00 | 10.00 |
| I-34812 | LOOSE STONE(S) JEWELRY: 3 TZAVORITE LOOSE | | 1.00 | 170.00 |
| I-34813 | DIAMOND LOOSE STONE(S) JEWELRY: 0.25 CT LOOSE | | 1.00 | 200.00 |

# Current Items in Inventory
All Items

**PACIFIC PAWNBROKERS, INC.**
701 RYLAND AVE.
RENO, NV 89502
(775) 348-2525

Date : 10/12/2009 09:20:59 AM

| Inv # | Item Type, Brand, Desc, Model and Serial # | Bin | Quantity | Cost |
|---|---|---|---|---|
| I-34814 | LOOSE STONE(S) JEWELRY: AQUAMARINE | | 1.00 | 180.00 |
| I-34815 | DIAMOND LOOSE STONE(S) JEWELRY; ASSORT LOOSE | | 1.00 | 100.00 |
| I-34816 | DIAMOND LOOSE STONE(S) JEWELRY; ASSORT LOOSE | | 1.00 | 250.00 |
| I-34817 | DIAMOND LOOSE STONE(S) JEWELRY; 0.40 CT LOOSE PEAR SHAPE | | 1.00 | 500.00 |
| I-34818 | TOOL; pressure washer | | 1.00 | 50.00 |
| I-34819 | LOOSE STONE(S) JEWELRY: OVAL AMETHYST | | 1.00 | 100.00 |
| I-34820 | LOOSE STONE(S) JEWELRY; 1 PR RUBBIES | | 1.00 | 200.00 |
| I-34821 | TOOL; trailer hitch | | 1.00 | 100.00 |
| I-34822 | LOOSE STONE(S) JEWELRY; STAR RUBY | | 1.00 | 250.00 |
| I-34823 | TOOL; lawnmower | | 1.00 | 100.00 |
| I-34824 | TOOL: NAILER | | 1.00 | 100.00 |
| I-34825 | DIAMOND LOOSE STONE(S) JEWELRY: LOOSE DIA | | 1.00 | 60.00 |
| I-34826 | LOOSE STONE(S) JEWELRY: LOOSE GARNETS | | 1.00 | 50.00 |
| I-34827 | TOOL; TARGET | | 1.00 | 150.00 |
| I-34828 | TOOL | | 1.00 | 50.00 |
| I-34829 | TOOL | | 1.00 | 300.00 |
| I-34830 | TOOL | | 1.00 | 200.00 |
| I-34831 | TOOL; TARGET | | 1.00 | 200.00 |
| I-34832 | TOOL: LATHE | | 1.00 | 200.00 |
| I-34833 | GENERAL SPORTS EQUIP; GOLF CLUBS | | 1.00 | 50.00 |
| I-34834 | GENERAL SPORTS EQUIP; GOLF CLUBS | | 1.00 | 50.00 |
| I-34835 | TOOL; CART | | 1.00 | 50.00 |
| I-34836 | TOOL; CRAFTSMAN | | 1.00 | 40.00 |
| I-34837 | HOUSEHOLD; HEATER | | 1.00 | 40.00 |
| I-34838 | STEREO/RADIO | | 1.00 | 20.00 |
| I-34839 | ELECTRONICS; DVD | | 1.00 | 20.00 |
| I-34840 | ELECTRONICS; DVD | | 1.00 | 20.00 |
| I-34841 | HUNTING/CAMPING EQUI; STOVE | | 1.00 | 20.00 |
| I-34842 | OFFICE EQUIPMENT; MONITOR | | 1.00 | 20.00 |
| I-34843 | OFFICE EQUIPMENT; STEREO | | 1.00 | 20.00 |
| I-34844 | STEREO/RADIO; DARTBOARD | | 1.00 | 20.00 |
| I-34845 | ASSORTMENT GAMES | | 379.00 | 1.00 |
| I-34846 | ANTIQUE/COLLECTABLES | | 1.00 | 200.00 |
| I-34847 | ANTIQUE/COLLECTABLES | | 1.00 | 200.00 |
| I-34848 | ANTIQUE/COLLECTABLES | | 1.00 | 50.00 |
| I-34849 | ANTIQUE/COLLECTABLES | | 1.00 | 200.00 |
| I-34850 | SPORTING EQUIPMENT; SKIS | | 1.00 | 100.00 |
| I-34851 | FAN HOUSEHOLD | | 1.00 | 20.00 |
| I-34852 | NUGGET STYLE RING JEWELRY ; 5.60 Grams | | 1.00 | 40.00 |
| I-34853 | NUGGET STYLE RING JEWELRY ; 11.30 Grams; GENTS ONYX RING | | 1.00 | 100.00 |
| I-34854 | CLOCK ANTIQUE/COLLECTABLES | | 1.00 | 10.00 |

**Current Items in Inventory**
All Items

PACIFIC PAWNBROKERS, INC.
701 RYLAND AVE.
RENO, NV 89502
(775) 348-2525

Date : 10/12/2009 09:20:59 AM

| Inv # | Item Type, Brand, Desc, Model and Serial # | Bin | Quantity | Cost |
|---|---|---|---|---|
| I-34855 | CLOCK ANTIQUE/COLLECTABLES: REGULATOR CLOCK | | 1.00 | 100.00 |
| I-34856 | COCKTAIL RING JEWELRY , 14KT, 3.30 Grams | | 1.00 | 75.00 |
| I-34857 | JIG SAW TOOLS-POWER: Black & Decker Jig Saw | | 1.00 | 5.00 |
| I-34858 | ANGLE GRINDER TOOLS-POWER; Chicago 4" Angle Grinder | | 1.00 | 5.00 |
| I-34859 | ANGLE GRINDER TOOLS-POWER: Chicago 4-1/2" Angle Grinder | | 1.00 | 5.00 |
| I-34860 | DRILL TOOLS-POWER; Ryobi 3/8" | | 1.00 | 5.00 |
| I-34861 | FOLDING KNIFE KNIFE: 6 Knives | | 5.00 | 2.00 |
| I-34862 | AIR SAW TOOLS-AIR; AP 129TW Air Saw | | 1.00 | 2.00 |
| I-34863 | AIR SAW TOOLS-AIR; Husky Cut Off Tool | | 1.00 | 5.00 |
| I-34864 | AIR HAMMER TOOLS-AIR: CH Air Hammer | | 1.00 | 2.00 |
| I-34865 | AIR RATCHET TOOLS-AIR; CP Air Ratchet | | 1.00 | 2.00 |
| I-34866 | US COIN(S) COINS: US COIN WITH SILVER BEZEL | | 1.00 | 6.00 |
| I-34867 | PEARL RING JEWELRY , 14KT, 8.90 Grams | | 1.00 | 100.00 |
| I-34868 | NUGGET RING JEWELRY | | 1.00 | 75.00 |
| I-34870 | CLUSTER RING JEWELRY | | 1.00 | 50.00 |
| I-34871 | PEARL RING JEWELRY | | 1.00 | 150.00 |
| I-34872 | CLOCK ANTIQUE/COLLECTABLES: CHINESE CLOINESE CLOCK | | 1.00 | 200.00 |
| I-34873 | MTN BIKE BICYCLE MONGOOSE | | 1.00 | 40.00 |
| I-34874 | MANS 18 SPEED BICYCL BICYCLE TREK | | 1.00 | 15.00 |
| I-34875 | MANS 21 SPEED BICYCL BICYCLE: PUCH PATHFINDER | | 1.00 | 30.00 |
| I-34876 | TREK MANS 21 SPEED BICYCL BICYCLE | | 1.00 | 30.00 |
| 119276-1 | CIRCULAR SAW TOOLS-POWER RYOBI, #9935; W/ DRILL CHARG GRY CS | NW-05 | 1.00 | 35.00 |
| 128759-1 | PAINT SPRAYER TOOLS-AIR GRACO MAGNUM, #BA249776; IN ORIGINAL BOX | hall-2 | 1.00 | 100.00 |
| 128763-1 | CONCRETE SAW TOOLS-POWER STIHL, #065CCS | bw-7 | 1.00 | 150.00 |
| 128789-5 | NAILER TOOLS-AIR BOSTITCH | nw-08 | 1.00 | 60.00 |
| 129871-2 | WEEDEATER LAWN & GARDEN POWER EDGE FE 55; #04170D401189 | | 1.00 | 16.50 |
| 129871-3 | WEEDEATER LAWN & GARDEN WEED EATER, #1GC73A188 | | 1.00 | 16.50 |
| 135908-1 | ASSORTED PIECES JEWELRY , MIX, 106.05 Grams; 5 YELLOW GOLD CHAINS 4 WITH RELIGOUS PENDANTS, 3 RELIGOUS CROSS'S & 1 RELIGOUS CIRCLE PENDANT | SAFE | 1.00 | 500.00 |
| 136428-1 | COMMON PIECES EAR, RNG, NCK, ETC ASSORTED PIECES JEWELRY , 14KT, 26.59 Grams; 1 FIGARO NCK, 1 ANCHOR PEND, 1 RING, 1/2 EAR | SAFE | 1.00 | 65.50 |
| 137195-1 | W/ COLOR STONE VINTAGE RING JEWELRY , 14KT, 2.95 Grams; w/ 6 wht stns and 2 tri cut blu stns | safe | 1.00 | 20.00 |
| 137195-2 | LINK CHAIN BRACELET JEWELRY , 10KT, 24.26 Grams; t ff and cc brac in g/c | safe | 1.00 | 20.00 |
| 138066-1 | FREE FORM RING JEWELRY 14 KT, 7.15 Grams; PURPLE STONE | SAFE | 1.00 | 25.00 |
| 138069-1 | CLUSTER RING JEWELRY , 3.42 Grams | SAFE | 1.00 | 50.00 |
| 138070-1 | 18 KT BRACELET JEWELRY , 5.60 Grams; BANGLE STYLE | SAFE | 1.00 | 20.00 |
| 138071-1 | HARD PLASTIC TOOL BOX TOOLS-HAND; WITH ASSORT LOOSE TOOLS | BUY | 1.00 | 10.00 |

# Current Items in Inventory
All Items

**PACIFIC PAWNBROKERS, INC.**
701 RYLAND AVE.
RENO, NV 89502
(775) 348-2525

Date : 10/12/2009 09:20:59 AM

| Inv # | Item Type, Brand, Desc, Model and Serial # | Bin | Quantity | Cost |
|---|---|---|---|---|
| 138072-1 | WORMDRIVE SAW TOOLS-POWER MAKITA 5277B, #69594A | BUY | 1.00 | 30.00 |
| 138073-1 | IN SHEATH MULTI TOOL TOOLS-HAND LEATHER MAN WAVE | BUY | 1.00 | 8.00 |
| 138075-1 | CHOP SAW TOOLS-POWER DELTA MS250, #718989Q | BUY | 1.00 | 25.00 |
| 138076-1 | BELT BUCKLE JEWELRY , STERLING, 52.87 Grams WITH OPAL INLAY | BUY | 1.00 | 5.00 |

|  |  |
|---|---|
| Total Qty: | 1175.00 |
| Used Items Totals | 30,744.50 |
| New Items Totals | 0.00 |
| All Items Totals | 30,744.50 |
| Consignments Included in Items Totals | 0.00 |
| Purchases (Buys) NOT in Items Totals | 7,153.75 |

**Please Note:**
Repair, Memo and Layaway items are NOT included in this report.

End of Report

PM-03094