**EXHIBIT C**

**EXHIBIT C**

**EXHIBIT C**

**LIQUIDATION ANALYSIS**
**FOR**
**PACIFIC PAWNBROKERS**

| ASSETS: | LIQUIDATION VALUE: |
|---|---|
| Cash On Hand: | $ 5,000.00 |
| Cash In Bank: | $ 2,000.00 |
| Accounts Receivable (Discounted by 45% from book value): | $ 52,000.00 |
| Office Equipment & Computers: | $ 100.00 |
| Showcase, Lighting & Displays: | $ 250.00 |
| Inventory (Discounted by 35% of book value): | $ 20,000.00 |
| Pawn License (Restricted/Non-transferrable): | $ 0.00 |
| **TOTAL LIQUIDATION VALUE OF ASSETS:** | **$79,350.00** |
| *Chapter 7 Trustees Fees & Attorney's Fees:* *(Estimated at 7.5%)* | *$5,950.00* |

**TOTAL ESTIMATED FUDNS AVALALBE TO PAY UNSECURED CREDITORS:** **$73,400.00**

**PERCENTAGE AVAILABLE TO UNSECURED CREDITORS UPON LIQUIDATION:** **2.4%***

*\*Estimated distribution to general unsecured creditors of under Debtor's Amended Chapter 11 Plan is approximately 10%.*