**EXHIBIT D**

**EXHIBIT D**

# EXHIBIT D

# FINANCIAL PROJECTIONS

*MONTHLY INCOME*:

| | |
|---|---:|
| Gross Monthly Sales: | $30,000.00 |
| **TOTAL INCOME:** | **$30,000.00** |

*MONTHLY EXPENSES:*

| | |
|---|---:|
| Rent: | $ 4,750.00 |
| Payroll: | $ 11,000.00 |
| Insurance: | $ 500.00 |
| Payroll Taxes: | $ 1,500.00 |
| Fed. & State Taxes: | $ 2,000.00 |
| Misc. Admin. Expenses: | $ 1,000.00 |
| Bank Fees: | $ 100.00 |
| E-Bay Fees: | $ 1,500.00 |
| Utilities: | $ 2,000.00 |
| Postage: | $ 2,500.00 |
| Professional Fees: | $ 500.00 |
| Chapter 11 Plan Payment | $ 2,500.00 |
| **TOTAL EXPENSES:** | **$29,850.00** |
| *NET PROFIT* | *$150.00* |