```
NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
State Bar # CA 117234
WILLIAM B. COSSITT, #3484
OFFICE OF THE UNITED STATES TRUSTEE
300 Booth Street, Room 3009
Reno NV 89509
Telephone: (775) 784-5335
Fax: (775) 784-5531

Attorneys for United States Trustee
August B. Landis
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case no: BK-N-09-53610-GWZ |
| | Chapter: 11 |
| PACIFIC PAWNBROKERS, INC., | |
| | **APPOINTMENT OF TRUSTEE AND APPLICATION FOR ORDER APPROVING APPOINTMENT OF TRUSTEE** |
| | Hearing Date:    n/a |
| Debtor. | Hearing Time:    n/a |

TO THE HONORABLE GREGG W. ZIVE, BANKRUPTCY JUDGE:

Pursuant to the Court's January 10, 2011 Order directing the appointment of a chapter 11 trustee, the Acting United States Trustee for the District of Nevada hereby applies to the Court pursuant to Federal Rule of Bankruptcy Procedure 2007.1 for an Order Approving the Appointment of Trustee, and in support thereof states:

1. The Acting United States Trustee hereby appoints Marv J. Harris as trustee in the above-captioned case.

2. The Acting United States Trustee has consulted with the following parties in interest regarding the appointment of the trustee, including but not limited to what type of work the trustee might have to do in the case, and what background, qualifications and expertise might lend themselves to that type of work:

   a. Kevin A. Darby, Counsel for Debtor; and

   b. John White, Attorney for the Official Committee of Unsecured Creditors.

3. To the best of the Acting United States Trustee's knowledge Marv J. Harris has no connections with the Debtor, creditors, any other parties in interest, their respective attorneys and accountants, the Acting United States Trustee, and persons employed in the Office of the United States Trustee other than as may be set forth in the Declaration of Marv J. Harris filed herewith.

4. The trustee's duties shall be those enumerated in 11 U.S.C. §1106(a).

WHEREFORE, pursuant to Order of this Court directing the Acting United States Trustee to appoint a trustee, Applicant requests that the Court enter an Order Approving the Appointment of Marv J. Harris, as trustee in the above-captioned case.

Executed at Reno, Nevada, on this 21st day of January, 2011.

Respectfully submitted,

Nicholas Strozza
State Bar # CA 117234
William B. Cossitt
State Bar #3484
300 Booth Street, #3009
Reno NV 89509
(775) 784-5335

**/s/ WILLIAM B. COSSITT**
_____
Attorneys for Acting United States Trustee
August B. Landis

NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
State Bar # CA 117234
WILLIAM B. COSSITT, #3484
OFFICE OF THE UNITED STATES TRUSTEE
*USTPRegion17.RE.ECF@usdoj.gov*
300 Booth Street, Room 3009
Reno NV 89509
Telephone: (775) 784-5335
Fax: (775) 784-5531

Attorneys for Acting United States Trustee
August B. Landis

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>PACIFIC PAWNBROKERS, INC.,<br><br><br>                    Debtor. | Case no: BK-N-09-53610-GWZ<br>Chapter: 11<br><br>**DECLARATION OF TRUSTEE**<br><br>Hearing Date: n/a<br>Hearing Time: n/a |

I, MARV J. HARRIS, declare under the penalty of perjury the following:

1. I have been appointed as trustee in this case and I execute this declaration pursuant to FRBP 2007.1.

2. I have no business connections with the above-referenced Debtor.

3. I have, insofar as I am aware, no connections with any creditor or any other party in this case or their respective attorneys or accountants.

4. I have no connections with, nor am I related to, any person employed by the Office of the United States Trustee in Reno, Nevada.

I declare under penalty of perjury that the foregoing statements are true and correct, and if called to testify as to the foregoing, I could competently do so.

Executed in Reno, Nevada on January 21, 2011.

_____
Marv. J. Harris