NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
State Bar # CA 117234
WILLIAM B. COSSITT, #3484
OFFICE OF THE UNITED STATES TRUSTEE
*USTPRegion17.RE.ECF@usdoj.gov*
300 Booth Street, Room 3009
Reno NV 89509
Telephone: (775) 784-5335
Fax: (775) 784-5531

Attorneys for Acting United States Trustee
August B. Landis

Filed
Electronically
January 31, 2011
Office of the
United States Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

PACIFIC PAWNBROKERS, INC.,

              Debtor.

Case no: BK-N-09-53610-GWZ
Chapter: 11

**NOTICE OF ENTRY OF ORDER APPROVING TRUSTEE APPOINTMENT**

Hearing Date: N/A
Hearing Time: N/A

      PLEASE TAKE NOTICE that an Order Approving Trustee Appointment of Trustee, MARV J. HARRIS, was entered by the above-entitled Court on January 26, 2011, a copy of which is attached hereto.

      DATED this 31st day of January, 2011.

Respectfully submitted,

Nicholas Strozza
State Bar # CA 117234
Assistant United States Trustee
300 Booth Street, #3009
Reno NV 89509
(775) 784-5335

**/s/ NICHOLAS STROZZA**

Attorney for Acting United States Trustee
August B. Landis

**Entered on Docket**
**January 26, 2011**

_____
Hon. Gregg W. Zive
United States Bankruptcy Judge

NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
State Bar # CA 117234
WILLIAM B. COSSITT, #3484
OFFICE OF THE UNITED STATES TRUSTEE
300 Booth Street, Room 3009
Reno NV 89509
USTPRegion17.re.ecf@usdoj.gov
Telephone: (775) 784-5335
Fax: (775) 784-5531

Attorneys for Acting United States Trustee
August B. Landis

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-N-09-53610-GWZ |
| | Chapter: 11 |
| PACIFIC PAWNBROKERS, INC., | **ORDER APPROVING TRUSTEE APPOINTMENT** |
| Debtor. | Hearing Date: N/A<br>Hearing Time: N/A |

    The Order Directing Appointment of a Chapter 11 Trustee was entered on January 10, 2011 (Docket #58), and good cause appearing;

    IT IS HEREBY ORDERED that the Court being informed of the Appointment of Marv J. Harris as Chapter 11 Trustee for the above case by the Acting United States Trustee, his appointment is hereby approved pursuant to 11 U.S.C. § 1104(a).

IT IS HEREBY FURTHER ORDERED that Marv J. Harris as Trustee is in full possession and control of the Debtor's estate and may use such rights, powers and authorities in his/her discretion to perform his/her responsibilities and duties as set out in 11 U.S.C. §§ 704 & 1106 to protect and secure all assets of the Debtor.

IT IS HEREBY FURTHER ORDERED that Trustee Marv J. Harris has full and unconditional access to and control of any and all bank accounts maintained by or funded by the Debtor, including without limitation: freezing accounts, wiring funds to bankruptcy estate's federal depository, maintaining the existing accounts, changing the mailing addresses, and obtaining past account histories.

Respectfully submitted,
William B. Cossitt
State Bar #3484
300 Booth Street, #3009
Reno NV 89509

/s/ WILLIAM B. COSSITT

Attorneys for Acting United States Trustee
August B. Landis

# # #