STEPHEN R. HARRIS, ESQ.
**Nevada Bar No. 001463**
GLORIA M. PETRONI, ESQ.
**Nevada Bar No. 002230**
BELDING, HARRIS & PETRONI, LTD.
417 West Plumb Lane
Reno, Nevada 89509
Telephone: (775) 786-7600
Facsimile: (775) 786-7764
steve@renolaw.biz / topgun@renolaw.biz
Attorney for Chapter 11 Trustee
MARVIN J. HARRIS

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

IN RE:

PACIFIC PAWNBROKERS, INC.
a Nevada corporation,

        Debtor.

_____/

BK-N-09-53610-GWZ
(Chapter 11)

Hrg. DATE: Negative Notice
and TIME:
Est. Time:
Set By:

**APPLICATION BY CHAPTER 11 TRUSTEE FOR AUTHORITY
TO EMPLOY ATTORNEYS [BELDING, HARRIS & PETRONI, LTD.]**

TO: THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

      The Application of the Chapter 11 Trustee MARVIN J. HARRIS, respectfully represents:

      1. On the 26th day of January, 2011, MARVIN J. HARRIS ("Applicant") was appointed as Chapter 11 Trustee of the above-captioned Chapter 11 bankruptcy case, and is now the Chapter 11 Trustee.

      2. Pursuant to the provisions contained in 11 U.S.C. § 327, your Applicant hereby makes application to the Court to appoint STEPHEN R. HARRIS, ESQ., GLORIA M. PETRONI, ESQ., CHRIS D. NICHOLS, ESQ., and members of their law firm BELDING, HARRIS & PETRONI, LTD., to act as his attorneys in this bankruptcy case. STEPHEN R. HARRIS, ESQ., GLORIA M.

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

1

PETRONI, ESQ., and CHRIS D. NICHOLS, ESQ. are duly qualified and admitted to practice law in the State of Nevada. The Chapter 11 Trustee has agreed that BELDING, HARRIS & PETRONI, LTD. shall be compensated for services at the following rates: STEPHEN R. HARRIS, ESQ.- $400.00 per hour; CHRIS D. NICHOLS, ESQ., $375.00 per hour; GLORIA M. PETRONI, ESQ., $350.00 per hour, and paraprofessional services - $225 per hour. These hourly rates are subject to periodic adjustments to reflect economic and other conditions, and on occasion, to reflect each attorney's or paraprofessional's increased experience and expertise in the area of bankruptcy law. This basis of compensation is expressly authorized pursuant to Sections 328(a) and 331 of the Bankruptcy Code.

3. To the best of applicant's knowledge, STEPHEN R. HARRIS, ESQ., GLORIA M. PETRONI, ESQ., CHRIS D. NICHOLS, ESQ., and their law firm of BELDING, HARRIS & PETRONI, LTD., have no connection with the above-captioned Debtor, its creditors, any other party-in-interest, or Debtor's respective attorneys and accountants, nor does applicant have a connection(s) with Chapter 11 Trustee MARVIN J. HARRIS.

WHEREFORE, Applicant prays that he be authorized to employ and appoint STEPHEN R. HARRIS, ESQ., GLORIA M. PETRONI, ESQ., CHRIS D. NICHOLS, ESQ., and their law firm of BELDING, HARRIS & PETRONI, LTD., to act as the attorneys for the Chapter 11 Trustee in the above-entitled bankruptcy case, that the law firm be compensated for legal services rendered at the rates stated above, and allowed reimbursement of necessary costs and expenses that may be incurred in representing the Chapter 11 Trustee, MARVIN J. HARRIS, subject to the approval of the Court, and for such other and further relief as is just.

DATED this 23rd day of February, 2011.

_____
MARVIN J. HARRIS, Chapter 11 Trustee

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

2