STEPHEN R. HARRIS, ESQ.
**Nevada Bar No. 001463**
GLORIA M. PETRONI, ESQ.
**Nevada Bar No. 002230**
BELDING, HARRIS & PETRONI, LTD.
417 West Plumb Lane
Reno, Nevada 89509
Telephone: (775) 786-7600
Facsimile: (775) 786-7764
steve@renolaw.biz / topgun@renolaw.biz
Attorney for Chapter 11 Trustee
MARVIN J. HARRIS

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \*

IN RE:

PACIFIC PAWNBROKERS, INC.     BK-N-09-53610-GWZ
a Nevada corporation,         (Chapter 11)

        Debtor.          Hrg. DATE: Negative Notice
                              and  TIME:
                              Est. Time:
_____/    Set By:

### AFFIDAVIT OF PROPOSED ATTORNEY TO BE EMPLOYED BY CHAPTER 11 TRUSTEE [BELDING, HARRIS & PETRONI, LTD.]

STATE OF NEVADA     )
                    : ss.
COUNTY OF WASHOE    )

GLORIA M. PETRONI, being duly sworn, deposes and says:

1. I am an attorney-at-law admitted to practice before this Court and am a member of the law firm of BELDING, HARRIS & PETRONI, which firm maintains offices at 417 West Plumb Lane, Reno, Nevada 89509.

2. Neither I, the firm of BELDING, HARRIS & PETRONI, LTD., nor any member or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtor herein, his creditors, the Court-appointed Chapter 11 Trustee MARVIN J. HARRIS, any other party-in-

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

1

1  interest, or Debtor's respective attorneys and accountants.

3. Neither I, the firm of BELDING, HARRIS & PETRONI, LTD., nor any member or associate thereof, insofar as I have been able to ascertain, represents any interest adverse to that of the estate or the Debtor in the matters upon which said law firm is to be engaged.

4. Based on the foregoing, I believe the firm of BELDING, HARRIS & PETRONI, LTD. is a "disinterested person" within the meaning of Sections 101(14) and 327 of the Bankruptcy Code.

DATED this 13 day of February, 2011.

STEPHEN R. HARRIS, ESQ.
GLORIA M. PETRONI, ESQ.
BELDING, HARRIS & PETRONI, LTD.

_____
GLORIA M. PETRONI, ESQ.

SUBSCRIBED and SWORN to before me this 23rd day of February, 2011.

_____
NOTARY PUBLIC

MARY CHRISTIAN
NOTARY PUBLIC
STATE OF NEVADA
APPT. No. 00661422
MY APPT. EXPIRES DECEMBER 13, 2012

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

2