STEPHEN R. HARRIS, ESQ.
**Nevada Bar No. 001463**
GLORIA M. PETRONI, ESQ.
**Nevada Bar No. 002230**
BELDING, HARRIS & PETRONI, LTD.
417 West Plumb Lane
Reno, Nevada 89509
Telephone: (775) 786-7600
Facsimile: (775) 786-7764
steve@renolaw.biz / topgun@renolaw.biz
Attorney for Chapter 11 Trustee
MARVIN J. HARRIS

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

IN RE:

PACIFIC PAWNBROKERS, INC.          BK-N-09-53610-GWZ
a Nevada corporation,              (Chapter 11)

**NOTICE TO CREDITORS**

Debtor.                            Hrg. DATE: Negative Notice (21 Days)
_____/

PLEASE TAKE NOTICE that an APPLICATION BY CHAPTER 11 TRUSTEE FOR AUTHORITY TO EMPLOY ATTORNEYS [BELDING, HARRIS & PETRONI, LTD.] was filed on February 23, 2011, by STEPHEN R. HARRIS, ESQ., GLORIA M. PETRONI, ESQ. and CHRIS D. NICHOLS, ESQ., of BELDING, HARRIS & PETRONI, LTD., attorneys for Chapter 11 Trustee, MARVIN J. HARRIS. The subject Application requests that the Court enter its Order authorizing the employment of STEPHEN R. HARRIS, ESQ., GLORIA M. PETRONI, ESQ., CHRIS D. NICHOLS, ESQ., and members of their law firm BELDING, HARRIS & PETRONI, LTD., to act as his attorneys in this bankruptcy case.

///

///

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

1

> The Court will consider this motion, objection or other matter without further notice of hearing unless a party in interest files an objection within 21 days from the date of service of this paper. If you object to the relief requested in this paper, you may file your objection at the bankruptcy clerk's office located at the United States Bankruptcy Court, 300 Booth Street, Reno, Nevada 89509, and serve a copy on the movant's attorney and any other appropriate persons.
>
> It is the duty of the objecting party to timely set the objection for a hearing and properly notice all parties in interest. If you do not file an objection within the time permitted, an order granting the requested relief may be entered by the court without further notice or hearing.

      This Notice shall be served by first class mail on all creditors and parties-in-interest on February 24, 2011.

      DATED this 24th day of February, 2011.

STEPHEN R. HARRIS, ESQ.
CHRIS D. NICHOLS, ESQ.
BELDING, HARRIS & PETRONI, LTD.
417 W. Plumb Lane
Reno, NV 89509

/s/ Stephen R. Harris, Esq.
Attorney for Chapter 11 Trustee

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600