STEPHEN R. HARRIS, ESQ.
**Nevada Bar No. 001463**
GLORIA M. PETRONI, ESQ.
**Nevada Bar No. 002230**
BELDING, HARRIS & PETRONI, LTD.
417 West Plumb Lane
Reno, Nevada 89509
steve@renolaw.biz / topgun@renolaw.biz
Attorney for Chapter 11 Trustee
MARVIN J. HARRIS

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \*

IN RE:

PACIFIC PAWNBROKERS, INC.
a Nevada corporation,

BK-N-09-53610-GWZ
(Chapter 11)

**CERTIFICATE OF SERVICE**

Debtor.

Hrg. DATE: Negative Notice (21 Days)

/

I, JENNY LOPEZ, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the **NOTICE TO CREDITORS [RE: APPLICATION BY CHAPTER 11 TRUSTEE FOR AUTHORITY TO EMPLOY ATTORNEYS [BELDING, HARRIS & PETRONI, LTD.]]**, was made on January 24, 2011, via U.S. Mail, first class, postage pre-paid, and addressed to the attached list of creditors and parties in interest.

**UNDER PENALTY OF PERJURY, I DECLARE THAT THE FOREGOING IS TRUE AND CORRECT.**

JENNY LOPEZ, Employee of
BELDING HARRIS & PETRONI, LTD.

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

1

Easy Peel® Labels
Use Avery® Template 5160®
Case 09-53610-gwz   Doc 74   Entered 03/04/11 14:26:08   Page 2 of 4
Bend along line to expose Pop-Up Edge™
PAWNBROKERS
AVERY® 5160®

Label Matrix for local noticing
0978-3
Case 09-53610-gwz
District of Nevada
Reno
Thu Feb 24 15:39:52 PST 2011

PACIFIC PAWNBROKERS, INC.
701 RYLAND AVE
RENO, NV 89502-1693

United States Bankruptcy Court
300 Booth Street
Reno, NV 89509-1360

ALLIED I.C. SERVICES
6121 LAKESIDE DRIVE
SUITE 150
Reno, NV 89511-8533

ALLSTATE INSURANCE
604 MOANA LANE
SUITE D
Reno, NV 89509-4903

AUGUSTA KURTZ
1115 EXCHANGE STREET
Sparks, NV 89431-0917

BEVERLY SALHANICK, ESQ.
Acct No xx9471
2001 S. JONES
SUITE 1
Las Vegas, NV 89146-3182

BROOKS THIELE
10040 E. HAPPY VALLEY
#2054
Scottsdale, AZ 85255-2346

BROOKS THIELE
HOLLAND & HART LLP
ATTN: TIMOTHY A. LUKAS, ESQ.
5441 KIETZKE LANE, SECOND FLOOR
RENO, NEVADA 89511-3026

CAROL WEISENBORN
25515 NE 46TH AVENUE
Ridgefield, WA 98642-9176

CHRISTIAN & PATTIE VILLAFUERTE
7430 SLUG GULCH RD
SOMERSET CA 95684-9244

CLAUDIA MURRAY
9355 N. SANTA MARGARITA RD
Atascadero, CA 93422-6248

D&B MALINOSKI
365 ROLLING ACRES RD
Youngsville, NC 27596-8981

EMERGY TECH LABS
2351 TENAYA DRIVE
Modesto, CA 95354-3934

ERNEST LARRY HALL
746 6TH STREET
Sparks, NV 89431-4501

FLF ENTERPRISES, INC
PO BOX 27568
San Francisco, CA 94127-0568

FREDERICK D. WILLIAMS, ESQ.
5515 WEDEKIND RD
Sparks, NV 89431-1147

GORDON QUADE
7540 YORKSHIRE DR
Reno, NV 89506-1952

(p)INTEGRA TELECOM
1201 NE LLOYD BLVD
SUITE 500
PORTLAND OR 97232-1259

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
Philadelphia, PA 19101

JENNY MULQUEENY
2131 COLLEGE PARK LANE
Soddy Daisy, TN 37379-3162

JOANNE M. ANDERSON
C/O ANDERSON, DORN & RADER, LTD
500 DAMONTE RANCH PRKWY
STE 860
Reno, NV 89521-4818

JOYCE AND HERB KOCH
145 ALBERT STREET
Loretto, MN 55357-4520

LAW OFFICES OF BARRY SEROTA AND ASSOCIAT
Acct No ADT: xxxxx2322
PO BOX 1008
Arlington Heights, IL 60006-1008

LAW OFFICES OF GERALD PHILLIPS
PO BOX 11400
Reno, NV 89510-1400

MARY LORD
C/O LAW OFFICE OF ROBERT KILBY
580 MT. ROSE ST.
RENO, NV 89509-3362

MARY LORD
PO BOX 384
Kalama, WA 98625-0400

NEVADA ENERGY
SIERRA PACIFIC POWER COMPANY
CUSTOMER COLLECTIONS DEPARTMENT
PO BOX 10100
RENO NV 89520-0024

NICHOLAS RINAURO
P.O. BOX 1988
CARSON CITY, NV 89702-1988

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®
Sens de chargement
Repliez à la hachure afin de révéler le rebord Pop-up™
www.avery.com
1-800-GO-AVERY

NICK & SUE RINAURO
PO BOX 47
Middletown, CA 95461-0047

PHILLIP AND JOANNE ANDERSON TRUSTEES
1680 PITTMAN AVE
Sparks, NV 89431-5620

RAY E. AND CHIM SUK WEISENBORN
C/O CAROL WEISENBORN
25515 NE 46TH AVE.
RIDGEFIELD, WA 98642-9176

RAY WEISENBORN
417 MINERAL
Bozeman, MT 59718-6248

RENO CUSTOM CRATING AND WOOD FABRICATION
Acct No PPB
4865 JOULE STREET
SUITE C8
Reno, NV 89502-4151

ROBERT KILBY, ESQ.
580 MT. ROSE STREET
Reno, NV 89509-3362

ROBERTA EPSTEIN
3162 OAKBRIDGE DRIVE
San Jose, CA 95121-1725

S.F.D. TRADING, INC.
C/O THE JEWELERS BOARD OF TRADE
P.O.BOX 6928
PROVIDENCE, RI 02940-6928

SCOTT FAMILY TRUST
546 DIANA PLACE
Arroyo Grande, CA 93420-4103

SFD TRADING, INC.
868 BRANNAN STREET
SUITE 307
San Francisco, CA 94103-5680

SIMPLEXGRINNELL
1105 S. ROCK BLVD STE 127
RENO NV 89502-7166

STEPHEN AND EILEEN OLIVER
59 DEER MEADOW LN
Danville, CA 94506-2126

STEPHEN OLIVER
59 DEER MEADOW LANE
Danville, CA 94506-2126

SUSAN BELCHER RINAURO
P.O. BOX 1988
CARSON CITY, NV 89702-1988

Sue Belcher
c/o Lionel Sawyer & Collins
Attn:  Courtney Miller O'Mara
50 W. Liberty St., Ste., 1100
Reno, NV 89501-1951

TAL RON DIAMONDS
1000 BRANNAN STREET
STE 3030
SAN FRANCISCO CA 94103-4831

TRUCKEE MEADOWS WATER AUTHORITY
1355 CAPITAL BLVD
Reno, NV 89502-7140

(c)U.S. TRUSTEE - RN - 11
300 BOOTH ST STE 3009
RENO NV  89509-1362

WAYNE SIZEMORE
1660 WHITEWOOD DRIVE
Sparks, NV 89434-2667

WILLIAM AND JEANNA RICHARDS
5245 DOLORES DRIVE
Sparks, NV 89436-6641

WILMA JEAN MANIZ
1314 DAISY LANE
Livermore, CA 94551-1302

WOODBURN AND WEDGE
6100 NEIL ROAD
#500
PO BOX 2311
Reno, NV 89505-2311

Yellow Book Sales & Distribution Inc
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

KEVIN A. DARBY
DARBY LAW PRACTICE, LTD.
4777 CAUGHLIN PKWY
RENO, NV 89519-0906

NICHOLAS RINAURO
COURTNEY O'MARA/LIONEL SAWYER & COL
50 W. LIBERTY ST., STE 1100
RENO, NV 89501-1951

SUSAN BELCHER RINAURO
COURTNEY O'MARA/LIONEL SAWYER & COL
50 W. LIBERTY ST., STE 1100
RENO, NV 89501-1951

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTEGRA TELECOM
PO BOX 2966
Milwaukee, WI 53201

INTERNAL REVENUE SERVICE
PO BOX 21126
DPN 781
PHILADELPHIA, PA 19114

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

U.S. TRUSTEE - RN - 11
300 BOOTH STREET
SUITE 2129
RENO, NV 89509

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)DARBY LAW PRACTICE, LTD.

(u)OFFICIAL COMMITTEE OF UNSECURED CREDITORS

(u)WHITE LAW CHARTERED

(u)CHRISTIAN &/OR PATTIE VILLAFUERTE
7430 SLUG GULCH RD
AZ 85684

(u)STATE OF NEVADA DEPT OF PUBLIC SAFETY

(u)MARV J. HARRIS

End of Label Matrix
Mailable recipients    55
Bypassed recipients     6
Total                  61