STEPHEN R. HARRIS, ESQ.
**Nevada Bar No. 001463**
BELDING, HARRIS & PETRONI, LTD.
417 West Plumb Lane
Reno, Nevada 89509
Telephone: (775) 786-7600
Facsimile: (775) 786-7764
steve@renolaw.biz / topgun@renolaw.biz
Attorney for Chapter 11 Trustee
MARVIN J. HARRIS

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

IN RE:

PACIFIC PAWNBROKERS, INC.
a Nevada corporation,

BK-N-09-53610-GWZ
(Chapter 11)

**ERRATA TO CERTIFICATE OF SERVICE**

Debtor.

Hrg. DATE: Negative Notice (21 Days)

_____/

Debtor, Pacific Pawnbrokers, Inc. hereby submits this Errata to Certificate of Service, filed on March 4, 2011 [Docket Number 74] as follows:

At Page 1, line 19-21, where it states: Notice to Creditors was made on January 24, 2011

The term "January 24, 2011" should read "February 24, 2011".

JENNY LOPEZ, Employee of
BELDING HARRIS & PETRONI, LTD.

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

1