Christopher D. Jaime, Nev. Bar #4640
Maupin, Cox & LeGoy
4785 Caughlin Parkway
P.O. Box 30000
Reno, Nevada 89520
Telephone: (775) 827-2000
Fax: (775) 827-2185
E-mail: cjaime@mclrenolaw.com
Attorneys for Lessor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

PACIFIC PAWNBROKERS, INC.

Debtor.
_____/

Case No: 09-53610-gwz

Chapter 11

STIPULATION FOR MODIFICATION OF STAY, REJECTION OF NONRESIDENTIAL LEASE, IMMEDIATE SURRENDER OF LEASED PREMISES AND ALLOWANCE OF POSTPETITION ADMINISTRATIVE RENT CLAIM

(No Hearing Required)

Pacific Pawnbrokers, Inc. ("Debtor"), Fess Investments ("Lessor") and Chapter 11 Trustee Marv Harris ("Chapter 11 Trustee"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1.    The Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code, Title 11, U.S. Code, on October 14, 2009 ("Petition Date"). The Debtor operated as a debtor and debtor in possession until the Chapter 11 Trustee was appointed on or about January 26, 2011. [Dkt. No. 62].

2. On or about November 11, 1996, Lessor and the Debtor entered into a *Lease Agreement* ("Lease") pursuant to which the Debtor leased the property located at 280 South Wells, Reno, Nevada ("Leased Premises") from Lessor for a five-year period which commenced ninety (90) days from execution of the Lease and terminated on February 2, 2002, unless sooner terminated or extended as provided therein.

3. In about December 2001, Lessor and the Debtor entered into an *Addendum to Lease Agreement* (the "First Addendum") pursuant to which the term of the Lease was extended for an additional five years, or to and including January 31, 2007.

4. On or about February 9, 2007, Lessor and the Debtor entered into a *Second Addendum to Lease Agreement* (the "Second Addendum") which, among other things, extended the term of the Lease for an additional three-year period commencing on February 1, 2007, and terminating on January 31, 2010. The last monthly rental payment due under the Lease pursuant to the Second Addendum was $4,747.64.

5. The Lease was not assumed within one-hundred twenty days of the Petition Date, *i.e.*, by February 11, 2010, no plan has been confirmed in the case and the one-hundred twenty day period was not extended by motion or otherwise. *See* 11 U.S.C. § 365(d)(4)(A)-(B). However, from and after February 1, 2010, the Debtor, and subsequently the Chapter 11 Trustee, continued to use and occupy the Leased Premises pursuant to the holdover provision of Section Twenty-Two of the Lease entitled "Holding Over" which states as follows:

> If Lessee holds possession of the premises after the term of this lease, Lessee shall become a tenant from month to month on the same terms as herein specified. Lessee shall continue to be a month to month tenant until the tenancy shall be terminated by Lessor, or until Lessee has given to Lessor a written notice of at least one month prior to the date of termination of the monthly tenancy of his intention to terminate the tenancy.

6. Although the Debtor abandoned the Leased Premises on or about December 1, 2010, from and after that date the Debtor, and subsequently the Chapter 11 Trustee, have continued to use and occupy the Leased Premises for, among other things, storage of the property identified on the list (the "Leased Premises Contents") attached hereto as Exhibit 1 and by this reference incorporated herein. The Trustee has been advised by Lightning Auctions that the Leased Premises Contents have an auction value of approximately $4,500.

7. Neither the Debtor nor the Chapter 11 Trustee have paid Lessor rent for the months of December 2010, January 2011, February 2011 and/or March 11, 2011.

8. The Lease shall be rejected and upon entry of an order approving this stipulation the Chapter 11 Trustee shall surrender possession of the Leased Premises and the Leased Premises Contents to Lessor.

9. Lessor shall have an allowed administrative post-petition rent claim in the amount of $5,000 which shall be paid at such time as other allowed administrative expenses are paid pro rata. Lessor shall waive any claim for post-petition rent and other charges due under the Lease for December 2010 up to and including the date an order approving this stipulation is entered in excess of $5,000. This shall not preclude Lessor from making any insurance claim for any damage to the Leased Premises occurring during the term of the Lease, provided that any claim is satisfied by insurance proceeds and not by the Debtor or the estate.

10. This stipulation and any order approving this stipulation shall be incorporated into and become part of any plan of reorganization in the above-captioned case and shall remain in effect upon conversion of this case to a case under any other chapter of the Bankruptcy Code.

///

///

11. The automatic stay of 11 U.S.C. § 362(a) shall be modified to allow the parties to take any action necessary to implement this stipulation.

Dated: March 14, 2011　　　　　　MAUPIN, COX & LEGOY

By /s/
　　Christopher D. Jaime, Esq.
　　Attorneys for Lessor

Dated: March 14, 2011　　　　　　WHITE LAW CHARTERED

By /s/
　　John White, Esq.
　　Attorney for Unsecured Creditors Committee

Dated: March 14, 2011　　　　　　BELDING, HARRIS & PETRONI, LTD.

By /s/
　　Gloria Petroni, Esq.
　　Attorneys for Merv Harris
　　Ch. 11 Trustee

AUPIN, COX & LEGOY
ATTORNEYS AT LAW
P.O. BOX 30000
RENO, NEVADA 89520
(775) 827-2000

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

Pacific Pawnbrokers Inventory

- 4 painting w/ frames
- 10 guitar cases
- Costume jewelry - necklaces & earrings
- Costume jewelry - 21 pieces necklaces, bracelets
- Costume jewelry - 14 ""
- plastic earring boxes
- Noritake china partial set - 8 cups, 8 plates, serving plate
- Costume jewelry charms
- Candle holder
- Misc silver spoons, forks
- golf bag
- drum set
- amplifiers
- small dorm type fridge
- 1 bongo drum
- 2 small chain saws
- 10 bicycles
- 3 parkas
- Kayak - inflatable
- Misc watch band
- Costume jewelry charms
- Costume jewelry bracelet
- fake watch
- Costume jewelry necklace
- necklaces

2/15/2011

costume jewelry
outboard motor
misc golf clubs - old
paint sprayer - old
misc saw gig
misc. tools
misc ski poles -
ancient computer
boom boxes - old misc
plastic - fake leather coats
misc merchandise old -
2 pair skis
6 fishing poles -
misc old ski equip. - 5 pair
2 wood work tables old -
misc. tools
videos + video game controllers
2 saw blades
misc tools
old cowboy hat
2 old clocks -
misc tools
small elec guitar -
misc old pictures - prints
misc camera equip + lenses
video gair
motorcycle helmet

*[signature] 2/15/2011*

Handwritten inventory list

```
5 Guitars          #1      2 Keybords
26 Knives                  1 Violin   M.C. Stands
13 Toy Trucks
14 Knives          #2
18 Plates
16 Silver items    #3
10 Bikes
Jewelry            #4 - 1, 2, 3
7 Plates
Chips & Cards
10 plates
6 plates & vase    #5 - 1, 2, 3, 4, 5
8  ''  & trinket
9  ''
6  ''  + 2 heartshapes
6  ''
Cleaner & Polish   #6
Glass repair kits
Misc. frames, watches  #7
Brass - toys
Misc. Packs on cart  #8
```

signed 2/15/2011

2 more small dorm type fridge
plastic cart
desk
2 tables
4 shelf rack
~~boxes~~
   plastic cart
   2 old snow board
   old computer
   misc. costume jewelry
   misc. old phones
   misc. plates
   old skill saw
   drill
   3 leather jackets
   Shell belt for gun
   Shipping materials:
      empty boxes
      plastic crates
      foam
   old sewing machine stand
   2 tables

*[signature]* 2/15/2011