Christopher D. Jaime
Nev. Bar #4640
Maupin, Cox & LeGoy
4785 Caughlin Parkway
P.O. Box 30000
Reno, Nevada 89520
Telephone: (775) 827-2000
Fax: (775) 827-2185
E-mail: cjaime@mclrenolaw.com
Attorneys for Lessor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

PACIFIC PAWNBROKERS, INC.

Debtor.
_____/

Case No: 09-53610-gwz

Chapter 11

**MOTION TO APPROVE STIPULATION FOR REJECTION OF NONRESIDENTIAL REAL PROPERTY LEASE, SURRENDER OF LEASED PREMISES AND TERMINATION OF STAY**

Hearing Date:    April 19, 2011
Hearing Time:    10:00 a.m.

    Lessor Fess Investments ("Lessor") moves the Court for its order approving the Stipulation for Modification of Stay, Rejection of Nonresidential Lease, Immediate Surrender of Leased Premises and Allowance of Postpetition Administrative Rent Claim ("Stipulation") attached hereto as Exhibit 1. The Stipulation provides for rejection of the Lease Agreement entered into between the Lessor and Debtor Pacific Pawnbrokers, Inc. on or about November 11, 1996, and the First Addendum and Second Addendum thereto, and surrender by the Chapter 11 Trustee of possession of the Leased Premises and the Leased Premises Contents, as those terms are defined in the

Stipulation, to Lessor. It also provides for allowance of a postpetition administrative rent claim for Lessor. This motion is made pursuant to 11 U.S.C. §§ 362(d)(1), 365 and 503(b)(1), FRBP/LR 4001 and 9014, the papers on file herein and any oral and/or written evidence that may come before the Court on any hearing on this matter. It is based on the grounds in the attached Stipulation.

                MAUPIN, COX & LeGOY

By: /s/ _____
    Christopher D. Jaime, Bar No. 4640
    4785 Caughlin Parkway
    Reno, NV 89519
    Attorneys for Lessor

AUPIN, COX & LeGOY
ATTORNEYS AT LAW
P.O. BOX 30000
RENO, NEVADA 89520
(775) 827-2000

2.

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am an employee of MAUPIN, COX & LeGOY, Attorneys at Law, and that on the date indicated below, I served the foregoing document as follows:

**MOTION TO APPROVE STIPULATION FOR REJECTION OF NONRESIDENTIAL REAL PROPERTY LEASE, SURRENDER OF LEASED PREMISES AND TERMINATION OF STAY**

☑ Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage paid, following ordinary business practices, addressed as follows:

Pacific Pawnbrokers, Inc.
701 Ryland Ave.
Reno, NV 89502-1693

Nicholas Rinauro
c/o Courtney O'Mara, Esq.
Lionel Sawyer & Collins
50 W. Liberty St., Ste. 1100
Reno, NV 89501-1951

Susan Belcher Rinauro
c/o Courtney O'Mara, Esq.
Lionel Sawyer & Collins
50 W. Liberty St., Ste. 1100
Reno, NV 89501-1951

☑ Electronic filing via the U.S. Bankruptcy Court CM/ECF filing system, to all those persons listed on the United States Bankruptcy Court ECF Confirmation Sheet.

DATED this 15 day of March, 2011.

*Karen Bernhardt*
KAREN BERNHARDT

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

Christopher D. Jaime, Nev. Bar #4640
Maupin, Cox & LeGoy
4785 Caughlin Parkway
P.O. Box 30000
Reno, Nevada 89520
Telephone: (775) 827-2000
Fax: (775) 827-2185
E-mail: cjaime@mclrenolaw.com
Attorneys for Lessor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No: 09-53610-gwz |
| PACIFIC PAWNBROKERS, INC. | Chapter 11 |
| | STIPULATION FOR MODIFICATION OF STAY, REJECTION OF NONRESIDENTIAL LEASE, IMMEDIATE SURRENDER OF LEASED PREMISES AND ALLOWANCE OF POSTPETITION ADMINISTRATIVE RENT CLAIM |
| | (No Hearing Required) |
| Debtor.                                      / | |

Pacific Pawnbrokers, Inc. ("Debtor"), Fess Investments ("Lessor") and Chapter 11 Trustee Marv Harris ("Chapter 11 Trustee"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. The Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code, Title 11, U.S. Code, on October 14, 2009 ("Petition Date"). The Debtor operated as a debtor and debtor in possession until the Chapter 11 Trustee was appointed on or about January 26, 2011. [Dkt. No. 62].

MAUPIN, COX & LEGOY
ATTORNEYS AT LAW
P.O. BOX 30000
RENO, NEVADA 89520
(775) 827-2000

2.	On or about November 11, 1996, Lessor and the Debtor entered into a *Lease Agreement* ("Lease") pursuant to which the Debtor leased the property located at 280 South Wells, Reno, Nevada ("Leased Premises") from Lessor for a five-year period which commenced ninety (90) days from execution of the Lease and terminated on February 2, 2002, unless sooner terminated or extended as provided therein.

3.	In about December 2001, Lessor and the Debtor entered into an *Addendum to Lease Agreement* (the "First Addendum") pursuant to which the term of the Lease was extended for an additional five years, or to and including January 31, 2007.

4.	On or about February 9, 2007, Lessor and the Debtor entered into a *Second Addendum to Lease Agreement* (the "Second Addendum") which, among other things, extended the term of the Lease for an additional three-year period commencing on February 1, 2007, and terminating on January 31, 2010. The last monthly rental payment due under the Lease pursuant to the Second Addendum was $4,747.64.

5.	The Lease was not assumed within one-hundred twenty days of the Petition Date, *i.e.*, by February 11, 2010, no plan has been confirmed in the case and the one-hundred twenty day period was not extended by motion or otherwise. *See* 11 U.S.C. § 365(d)(4)(A)-(B). However, from and after February 1, 2010, the Debtor, and subsequently the Chapter 11 Trustee, continued to use and occupy the Leased Premises pursuant to the holdover provision of Section Twenty-Two of the Lease entitled "Holding Over" which states as follows:

> If Lessee holds possession of the premises after the term of this lease, Lessee shall become a tenant from month to month on the same terms as herein specified. Lessee shall continue to be a month to month tenant until the tenancy shall be terminated by Lessor, or until Lessee has given to Lessor a written notice of at least one month prior to the date of termination of the monthly tenancy of his intention to terminate the tenancy.

6. Although the Debtor abandoned the Leased Premises on or about December 1, 2010, from and after that date the Debtor, and subsequently the Chapter 11 Trustee, have continued to use and occupy the Leased Premises for, among other things, storage of the property identified on the list (the "Leased Premises Contents") attached hereto as Exhibit 1 and by this reference incorporated herein. The Trustee has been advised by Lightning Auctions that the Leased Premises Contents have an auction value of approximately $4,500.

7. Neither the Debtor nor the Chapter 11 Trustee have paid Lessor rent for the months of December 2010, January 2011, February 2011 and/or March 11, 2011.

8. The Lease shall be rejected and upon entry of an order approving this stipulation the Chapter 11 Trustee shall surrender possession of the Leased Premises and the Leased Premises Contents to Lessor.

9. Lessor shall have an allowed administrative post-petition rent claim in the amount of $5,000 which shall be paid at such time as other allowed administrative expenses are paid pro rata. Lessor shall waive any claim for post-petition rent and other charges due under the Lease for December 2010 up to and including the date an order approving this stipulation is entered in excess of $5,000. This shall not preclude Lessor from making any insurance claim for any damage to the Leased Premises occurring during the term of the Lease, provided that any claim is satisfied by insurance proceeds and not by the Debtor or the estate.

10. This stipulation and any order approving this stipulation shall be incorporated into and become part of any plan of reorganization in the above-captioned case and shall remain in effect upon conversion of this case to a case under any other chapter of the Bankruptcy Code.

///

///

AUPIN, COX & LEGOY
ATTORNEYS AT LAW
P.O. BOX 30000
RENO, NEVADA 89520
(775) 827-2000

11. The automatic stay of 11 U.S.C. § 362(a) shall be modified to allow the parties to take any action necessary to implement this stipulation.

Dated: March 14, 2011                MAUPIN, COX & LEGOY

                                     By /s/
                                        Christopher D. Jaime, Esq.
                                        Attorneys for Lessor


Dated: March 14, 2011                WHITE LAW CHARTERED


                                     By /s/
                                        John White, Esq.
                                        Attorney for Unsecured Creditors
                                        Committee


Dated: March 14, 2011                BELDING, HARRIS & PETRONI, LTD.


                                     By /s/
                                        Gloria Petroni, Esq.
                                        Attorneys for Merv Harris
                                        Ch. 11 Trustee

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

Pacific Pawnbrokers Inventory

1 painting w/ frames
10 guitar cases
Costume jewelry - necklaces & earrings
Costume jewelry - 21 pieces necklaces, bracelets
Costume jewelry - 14 "
plastic casing boxes
Noritake china partial set - 8 cups, 8 plates,
    Serving plate
Costume jewelry charms
Candle holder -
Misc silver spoons, forks
golf bag
drum set
amplifiers
small dorm type fridge
1 bongo drum
2 small chain saws
10 bicycles
3 pants
Kayak - inflatable
Misc watch band
Costume jewelry charms
Costume jewelry bracelet
fake watches
Costume jewelry necklaces
necklaces

2/15/2011
[signature]

- costume jewelry
- outboard motor
- misc golf clubs - old
- paint sprayer - old
- misc saw gig
- misc tools
- misc ski poles -
- ancient computer
- boom boxes - old misc
- plastic - fake leather coats
- misc merchandise old -
- 2 pair skis
- 6 fishing poles -
- misc old ski equip - 5 pair
- 2 wood work tables old -
- misc tools
- videos & video game controllers
- 2 saw blades
- misc tools
- old cowboy hat
- 2 old clocks -
- misc tools
- small elec guitar -
- misc old pictures - prints
- misc camera equip & lenses
- video gair
- motorcycle helmet

*[signature] 2/15/2011*

5 Guitars #1  2 Keyboards
26 Knives     1 Violin   Mic. Stands
13 Toy Trucks
14 Knives      #2
28 Plates
16 Silver items  #3
10 Bikes
Jewelry        #4-1, 2, 3
7 Plates
Chips & Cards
10 plates
6 plates + vase  #5-1, 2, 3, 4, 5
8  ''  & trinket
9  ''
6  ''  + 2 heartshapes
6  ''
Cleaner & Polish   #6
Glass repair kits
Misc Frames, watches #7
Brass - toys
Misc Packs on cart  #8

signature
2/15/2011

2 more small dorm type fridge
plastic cart
desk
2 tables
4 shelf rack
~~boxes~~
  plastic cart
  2 old snow board
  old computer
  misc. costume jewelry
  misc. old phones
  misc. plates
  old skill saw
  drill
  3 leather jackets
  Shell belt for gun
  Shipping materials:
    empty boxes
    plastic crates
    fan
    old sewing machine stand
    2 tables

*[signature]*
2/15/2011