GLORIA M. PETRONI, ESQ.
**Nevada Bar No. 002230**
BELDING, HARRIS & PETRONI, LTD.
417 West Plumb Lane
Reno, Nevada 89509
Telephone: (775) 786-7600
Facsimile: (775) 786-7764
Email: topgun@renolaw.biz
Attorney for Chapter 11 Trustee
MARVIN J. HARRIS

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| IN RE: | BK-N-09-53610-GWZ (Chapter 11) |
|---|---|
| PACIFIC PAWNBROKERS, INC., a Nevada corporation<br><br>Debtor.<br>_____/ | **DECLARATION OF GLORIA M. PETRONI, ESQ. OF BELDING, HARRIS & PETRONI RE: APPLICATION FOR ORDER AUTHORIZING CHAPTER 11 TRUSTEE TO EMPLOY ATTORNEYS [BELDING, HARRIS & PETRONI]**<br><br>Hrg. DATE:   Negative Notice (21 days) |

I, GLORIA M. PETRONI, ESQ., proposed attorney for Debtor and Debtor-in-Possession, PACIFIC PAWNBROKERS, INC., a Nevada corporation, Debtor and Debtor-in-Possession herein ("Debtor"), declare under penalty of perjury:

1.     An APPLICATION BY CHAPTER 11 TRUSTEE FOR AUTHORITY TO EMPLOY ATTORNEYS [BELDING, HARRIS & PETRONI, LTD.], [Docket No. 71] was filed on February 23, 2011, by Debtor and Debtor-in-Possession herein ("Debtor") by and through GLORIA M. PETRONI, ESQ. of BELDING, HARRIS & PETRONI, LTD., its attorneys of record.

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

1

2. The Notice [Docket No. 73] was served on February 24, 2011, and set forth the deadline of twenty-one (21) days from the date of mailing and the requirement that an objection be filed, served and noticed by that date, i.e., March 16, 2011.

3. No objection has been timely filed, as reflected on the docket, and no opposition has been served upon me; therefore, the Order, lodged herewith, may be entered pursuant to 11 U.S.C. §102(1)(B)(I).

DATED this 17th day of March, 2011.

GLORIA M. PETRONI, ESQ.
BELDING, HARRIS & PETRONI, LTD.
417 W. Plumb Lane
Reno, NV 89509

_____
GLORIA M. PETRONI, ESQ.
Attorney for Chapter 11 Trustee
MARVIN J. HARRIS

SUBSCRIBED and SWORN to before me this 17th day of March, 2011.

_____
NOTARY PUBLIC

MARY CHRISTIAN
NOTARY PUBLIC
STATE OF NEVADA
APPT. No. 00661422
MY APPT. EXPIRES DECEMBER 13, 2012

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

2