**Entered on Docket**
**April 11, 2011**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

Christopher D. Jaime, Nev. Bar #4640
Maupin, Cox & LeGoy
4785 Caughlin Parkway
P.O. Box 30000
Reno, Nevada 89520
Telephone: (775) 827-2000
Fax: (775) 827-2185
E-mail: cjaime@mclrenolaw.com
Attorneys for Lessor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No: 09-53610-gwz |
| PACIFIC PAWNBROKERS, INC. | Chapter 11 |
| | **ORDER (1) GRANTING MOTION TO APPROVE STIPULATION FOR MODIFICATION OF STAY, REJECTION OF NONRESIDENTIAL LEASE, IMMEDIATE SURRENDER OF LEASED PREMISES AND ALLOWANCE OF POSTPETITION ADMINISTRATIVE RENT CLAIM AND APPROVING STIPULATION AND (2) VACATING HEARING** |
| | Hearing Date:  April 19, 2011 |
| | Hearing Time:  10:00 a.m. |
| Debtor. / | |

The Court has reviewed and considered the *Motion to Approve Stipulation for Modification*

*of Stay, Rejection of Nonresidential Lease, Immediate Surrender of Leased Premises, and Allowance of Postpetition Administrative Rent Claim* [Dkt. No. 79] ("Motion") and the *Stipulation for Modification of Stay, Rejection of Nonresidential Lease, Immediate Surrender of Leased Premises and Allowance of Postpetition Administrative Rent Claim* [Dkt. No. 78] ("Stipulation") attached thereto. There being no opposition to the Motion and no objection to the Stipulation, and other good cause appearing, IT IS HEREBY ORDERED:

1. The Motion is granted and the Stipulation is approved; and

2. Stay relief is granted as and to the extent provided in the Stipulation.

3. The hearing on the Motion set for 10:00 a.m. on April 19, 2011, is hereby vacated.

Submitted by:

MAUPIN, COX & LEGOY

By: /s/ *Christopher D. Jaime*
    Christopher D. Jaime, Esq.
    Nevada Bar No. 4640
    4785 Caughlin Parkway
    Reno, NV 89519
    Attorneys for Lessor

**APPROVED**/DISAPPROVED
WHITE LAW CHARTERED

By /s/ *John White*
    John White, Esq.
    Attorney for Unsecured Creditors Committee

**APPROVED**/DISAPPROVED
BELDING, HARRIS & PETRONI, LTD.

By /s/ *Gloria Petroni*
    Gloria Petroni, Esq.
    Attorneys for Merv Harris, Ch. 11 Trustee

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

_____ The court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

_xxx_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

John White, Esq. - Approved
Gloria Petroni, Esq. - Approved

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

                                          MAUPIN, COX & LEGOY

                                  By: _/s/ Christopher D. Jaime_
                                         Christopher D. Jaime, Esq.
                                         Nevada Bar No. 4640
                                         4785 Caughlin Parkway
                                         Reno, NV 89519
                                         Attorneys for Lessor

                                      # # #