UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: PACIFIC PAWNBROKERS, INC.
701 Ryland Ave
Reno, NV 89502

Case No. 09-53610

CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 2/10/2011      PETITION DATE: 10/14/09

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $7,279 | $7,279 | |
| | b. Total Assets | $944,655 | $944,655 | |
| | c. Current Liabilities | $279,916 | $279,916 | |
| | d. Total Liabilities | $3,045,764 | $3,045,764 | |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $0 | $0 | unknown |
| | b. Total Disbursements | $0 | $0 | unknown |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $0 | $0 | $0 |
| | d. Cash Balance Beginning of Month | $7,279 | $7,279 | $0 |
| | e. Cash Balance End of Month (c + d) | $7,279 | $7,279 | $0 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | $0 | $0 | $0 |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6. | **Post-Petition Liabilities** | $279,916 | $279,916 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $279,916 | $279,916 | |

At the end of this reporting month:    **Yes**    **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)    x
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)    x
10. If the answer is yes to 8 or 9, were all such payments approved by the court?
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)
12. Is the estate insured for replacement cost of assets and for general liability?
13. Are a plan and disclosure statement on file?    x
14. Was there any post-petition borrowing during this reporting period?    x

15. Check if paid: Post-petition taxes ___ ;    U.S. Trustee Quarterly Fees ___ ; Check if filing is current for: Post-petition tax reporting and tax returns: ___.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 4/18/11

Responsible Individual

Revised 1/1/98

# STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended _____02/28/11_____

| Current Month | | | | | Cumulative | Next Month |
| --- | --- | --- | --- | --- | --- | --- |
| Actual | Forecast | Variance | | | (Case to Date) | Forecast |
| | | | | **Revenues:** | | |
| $0 | $0 | $0 | 1 | Gross Sales | $356,461 | $0 |
| $0 | $0 | $0 | 2 | less: Sales Returns & Allowances | $3,960 | $0 |
| $0 | $0 | $0 | 3 | Net Sales | $352,501 | $0 |
| $0 | $0 | $0 | 4 | less: Cost of Goods Sold  (Schedule 'B') | $114,515 | $0 |
| $0 | $0 | $0 | 5 | Gross Profit | $237,986 | $0 |
| $0 | $0 | $0 | 6 | Interest | $16 | $0 |
| $0 | $0 | $0 | 7 | Other Income: | | |
| $0 | $0 | $0 | 8 | | | |
| $0 | $0 | $0 | 9 | | | |
| $0 | $0 | $0 | 10 | **Total Revenues** | $238,002 | $0 |
| | | | | **Expenses:** | | |
| $0 | | $0 | 11 | Compensation to Owner(s)/Officer(s) | $0 | $0 |
| $0 | | $0 | 12 | Salaries | $81,593 | $0 |
| $0 | | $0 | 13 | Commissions | $0 | $0 |
| $0 | | $0 | 14 | Contract Labor | $40,110 | |
| | | | | Rent/Lease: | | |
| $0 | | $0 | 15 | Personal Property | $0 | $0 |
| $0 | | $0 | 16 | Real Property | $38,893 | $0 |
| $0 | | $0 | 17 | Insurance | $2,118 | |
| $0 | | $0 | 18 | Management Fees | $100 | |
| $0 | | $0 | 19 | Depreciation | $0 | $0 |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | $31,378 | |
| $0 | | $0 | 21 | Real Property Taxes | $2,601 | |
| $0 | | $0 | 22 | Other Taxes | $5,689 | |
| $0 | | $0 | 23 | Other Selling | $0 | |
| $0 | | $0 | 24 | Other Administrative | $15,060 | |
| $0 | | $0 | 25 | Interest | $0 | |
| $0 | | $0 | 26 | Other Expenses: | | |
| $0 | | $0 | 27 | Postage & Delivery | $3,222 | |
| $0 | | $0 | 28 | Building Repair | $1,117 | |
| $0 | | $0 | 29 | Computer Repairs | $221 | |
| $0 | | $0 | 30 | Bank Service Charges | $1,159 | |
| $0 | | $0 | 31 | E-Bay Fees | $21,881 | |
| $0 | | $0 | 32 | Payroll Processing | $2,131 | |
| $0 | | $0 | 33 | Utilities | $16,772 | |
| $0 | | $0 | 34 | Postage | $7,693 | |
| $0 | | $0 | 35 | | $19,575 | |
| $0 | | $0 | 36 | | | |
| | $0 | $0 | 35 | **Total Expenses** | $291,313 | $0 |
| $0 | $0 | $0 | 36 | **Subtotal** | ($53,311) | $0 |
| | | $0 | 37 | **Reorganization Items:** | | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| $0 | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| $0 | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| $0 | | $0 | 41 | U.S. Trustee Quarterly Fees | | |
| | | $0 | 42 | Professional Fees | ($17,713) | |
| $0 | $0 | $0 | 43 | **Total Reorganization Items** | ($17,713) | $0 |
| $0 | $0 | $0 | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($71,024) | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | |
| $0 | $0 | $0 | 46 | **Net Profit (Loss)** | ($71,024) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

## BALANCE SHEET
### (General Business Case)
For the Month Ended ___02/28/11___

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $7,279 |
| 2 | Cash and cash equivalents - restricted | | $0 |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Inventory | B | $39,763 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: | | |
| 8 | Pawns Receivable | | $48,210 |
| 9 | **Total Current Assets** | | $95,252 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $1,000 |
| 12 | Furniture and fixtures | D | $600 |
| 13 | Office equipment | D | $4,000 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $4,000 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $9,600 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | $811,274 |
| 23 | Loans to affiliates | | |
| 24 | Fred Wilson | | $77,136 |
| 25 | Don Brown | | $51,545 |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $939,955 |
| 29 | **Total Assets** | | $1,044,807 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

## Liabilities and Equity
(General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | | | |
|---|---|---|---|---|
| 30 | Salaries and wages | | | |
| 31 | Payroll taxes | | | |
| 32 | Real and personal property taxes | | | |
| 33 | Income taxes | | | |
| 34 | Sales taxes | | | |
| 35 | Notes payable (short term) | | | |
| 36 | Accounts payable (trade) | A | | $279,916 |
| 37 | Real property lease arrearage | | | |
| 38 | Personal property lease arrearage | | | |
| 39 | Accrued professional fees | | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | |
| 41 | Other: | | | |
| 42 | | | | |
| 43 | | | | |
| 44 | **Total Current Liabilities** | | | $279,916 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | |
| 46 | **Total Post-Petition Liabilities** | | | $279,916 |

**Pre-Petition Liabilities (allowed amount)**

| | | | | |
|---|---|---|---|---|
| 47 | Secured claims | F | | $0 |
| 48 | Priority unsecured claims | F | | $0 |
| 49 | General unsecured claims | F | | $2,765,848 |
| 50 | **Total Pre-Petition Liabilities** | | | $2,765,848 |
| 51 | **Total Liabilities** | | | $3,045,764 |

**Equity (Deficit)**

| | | |
|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | ($2,743,625) |
| 53 | Capital Stock | $1,263,144 |
| 54 | Additional paid-in capital | |
| 55 | Cumulative profit/(loss) since filing of case | ($71,025) |
| 56 | Post-petition contributions/(distributions) or (draws) | |
| 57 | Treasury Stock | ($28,480) |
| 58 | Market value adjustment | ($420,971) |
| 59 | **Total Equity (Deficit)** | ($2,000,957) |
| 60 | **Total Liabilities and Equity (Deficit)** | $1,044,807 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
(General Business Case)

## Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0-30 Days | | | |
| 31-60 Days | | | |
| 61-90 Days | | | $279,916 |
| 91+ Days | | $279,916 | |
| Total accounts receivable/payable | $0 | $279,916 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

## Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | 39763 |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | |
| Product for resale | $39,763 | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
| Products for resale | | Other: | |
| | | | |
| Manufacturer - | | | |
| Raw Materials | | | |
| Work-in-progress | | Less - | |
| Finished goods | | Inventory End of Month | $39,763 |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | | |
| TOTAL | $39,763 | Cost of Goods Sold | $0 |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?
    Yes _____  No  x

How often do you take a complete physical inventory?

| | |
|---|---|
| Weekly | _____ |
| Monthly | _____ |
| Quarterly | _____ |
| Semi-annually | _____ |
| Annually | x |

Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -

| | |
|---|---|
| FIFO cost | _____ |
| LIFO cost | _____ |
| Lower of cost or market | x |
| Retail method | _____ |
| Other | _____ |
|   Explain | |

Revised 1/1/98

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---|---|
| | | |
| Total | $0 | $0 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| Computer & Hardware | $22,858 | $500 |
| Security System | $22,590 | $500 |
| Total | $45,448 | $1,000 |
| Furniture & Fixtures - | | |
| Displays & Counters | $8,980 | $600 |
| Total | $8,980 | $600 |
| Office Equipment - | | |
| Vaults, Scales, Etc (attached to Building) | $17,073 | $4,000 |
| Total | $17,073 | $4,000 |
| Leasehold Improvements - | | |
| Leasehold Improvements | $111,987 | $0 |
| Total | $111,987 | $0 |
| Vehicles - | | |
| 98 Chevrolet Truck (Unlocated) | $0 | $4,000 |
| Total | $0 | $4,000 |

Revised 1/1/98

## Schedule E
### Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | | |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | $2,765,848 | $2,765,848 |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | 1st Ind Bank | | | |
| Account Type | Checking | | | |
| Account No. | 71038152 | | | |
| Account Purpose | Trustee Account | | | |
| Balance, End of Month | $7,279 | | | |
| Total Funds on Hand for all Accounts | $7,279 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended _____

|    |    | Actual Current Month | Cumulative (Case to Date) |
|----|----|----|----|
|    | **Cash Receipts** |    |    |
| 1  | Rent/Leases Collected | $0 |    |
| 2  | Cash Received from Sales | $0 | $366,938 |
| 3  | Interest Received | $0 | $17 |
| 4  | Borrowings |    |    |
| 5  | Funds from Shareholders, Partners, or Other Insiders | $0 |    |
| 6  | Capital Contributions | $0 |    |
| 7  |    |    |    |
| 8  |    |    |    |
| 9  |    |    |    |
| 10 |    |    |    |
| 11 |    |    |    |
| 12 | **Total Cash Receipts** | $0 | $366,955 |
|    | **Cash Disbursements** |    |    |
| 13 | Payments for Inventory | 0 | 80,655 |
| 14 | Selling | $0 | $0 |
| 15 | Administrative | $0 | $92,602 |
| 16 | Capital Expenditures | $0 |    |
| 17 | Principal Payments on Debt | $0 |    |
| 18 | Interest Paid | $0 |    |
|    | Rent/Lease: |    |    |
| 19 |    Personal Property | $0 |    |
| 20 |    Real Property | $0 | $43,642 |
|    | Amount Paid to Owner(s)/Officer(s) |    |    |
| 21 |    Salaries | $0 |    |
| 22 |    Draws | $0 |    |
| 23 |    Commissions/Royalties | $0 |    |
| 24 |    Expense Reimbursements | $0 |    |
| 25 |    Other | $0 |    |
| 26 | Salaries/Commissions (less employee withholding) | $0 | $81,652 |
| 27 | Management Fees | $0 | $100 |
|    | Taxes: |    |    |
| 28 |    Employee Withholding | $0 |    |
| 29 |    Employer Payroll Taxes | $0 | $34,653 |
| 30 |    Real Property Taxes | $0 |    |
| 31 |    Other Taxes | $0 | $7,687 |
| 32 | Other Cash Outflows: |    |    |
| 33 |    Contract Labor |    | $36,190 |
| 34 |    Professional Fees |    | $16,263 |
| 35 |    |    |    |
| 36 |    |    |    |
| 37 |    |    |    |
| 38 | **Total Cash Disbursements:** | $0 | $393,444 |
| 39 | **Net Increase (Decrease) in Cash** | $0 | ($26,489) |
| 40 | **Cash Balance, Beginning of Period** | $7,279 | $33,768 |
| 41 | **Cash Balance, End of Period** | $7,279 | $7,279 |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended    02/28/11

|    | Cash Flows From Operating Activities | Actual Current Month | Cumulative (Case to Date) |
|----|---|---:|---:|
| 1  | Cash Received from Sales | $0 | $366,938 |
| 2  | Rent/Leases Collected | $0 | |
| 3  | Interest Received | $0 | $16 |
| 4  | Cash Paid to Suppliers | $0 | $80,655 |
| 5  | Cash Paid for Selling Expenses | $0 | $140,553 |
| 6  | Cash Paid for Administrative Expenses | $0 | $98,322 |
|    | Cash Paid for Rents/Leases: | | |
| 7  | Personal Property | $0 | |
| 8  | Real Property | $0 | $43,642 |
| 9  | Cash Paid for Interest | $0 | |
| 10 | Cash Paid for Net Payroll and Benefits | $0 | |
|    | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | $0 | |
| 12 | Draws | $0 | |
| 13 | Commissions/Royalties | $0 | |
| 14 | Expense Reimbursements | $0 | |
| 15 | Other | $0 | |
|    | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 | Employer Payroll Tax | | $8,783 |
| 17 | Employee Withholdings | $0 | |
| 18 | Real Property Taxes | $0 | |
| 19 | Other Taxes | $0 | $5,825 |
| 20 | Cash Paid for General Expenses | | |
| 21 | Professional Fees (Chapter 11) | | $15,663 |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $0 | ($26,489) |
|    | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | | |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $0 | ($26,489) |
|    | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
|    | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $0 | ($26,489) |
| 45 | Cash and Cash Equivalents at Beginning of Month | $7,279 | $33,768 |
| 46 | Cash and Cash Equivalents at End of Month | $7,279 | Revised 2/1998 |

Case 09-53610-gwz   Doc 92   Entered 04/18/11 15:50:51   Page 10 of 13



**FIRST INDEPENDENT BANK**
A division of Western Alliance Bank. Member FDIC.

P.O. BOX 11100
RENO, NEVADA 89510-1100
(775) 828-2000

```
008 00001 01                              PAGE:       1
ACCOUNT:          71038152             02/28/2011
DOCUMENTS:               1
```

```
PACIFIC PAWNBROKERS INC
DIP 09 53610 GWZ
MARV J HARRIS Trustee                                    30
7620 DIAMOND POINTE WAY                                   1
RENO NV  89506                                            0
```

==============================================================================
In accordance with the requirements of the Unlawful Internet Gambling
Enforcement Act of 2006 and Regulation GG, this notice is to inform you
that restricted transactions are prohibited from being processed through
your account or relationship with our institution.  Restricted
transactions are transactions in which a person accepts credit, funds,
instruments or other proceeds from another person in connection with
unlawful Internet gambling."
==============================================================================
                    BANKRUPTCY/ESTATE CHECKING ACCOUNT 71038152
==============================================================================

```
                              LAST STATEMENT 02/24/11              .00
                                    1 CREDITS            7,273.54
                                      DEBITS                 .00
                              THIS STATEMENT 02/28/11        7,273.54
```

- - - - - - - - OTHER CREDITS - - - - - - - - -

```
DESCRIPTION                                           DATE        AMOUNT
MISCELLANEOUS CREDIT                                  02/24     7,273.54
```

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
*********************************************************************
*                              |    TOTAL FOR    |      TOTAL        *
*                              |   THIS PERIOD   |   YEAR TO DATE    *
*------------------------------|-----------------|-------------------*
* TOTAL OVERDRAFT FEES:        |           .00   |           .00     *
*------------------------------|-----------------|-------------------*
* TOTAL RETURNED ITEM FEES:    |           .00   |           .00     *
*********************************************************************
```

- - - - - - - DAILY BALANCE - - - - - - -
```
DATE..........BALANCE     DATE..........BALANCE     DATE..........BALANCE
02/24        7,273.54
```

- END OF STATEMENT -

DP002 (12/10)

## Demand Deposit 71020168 - PACIFIC PAWNBROKERS INC

|  | Rel | Birthdate | Phone | Tax Identification |
|---|---|---|---|---|
| [01] PACIFIC PAWNBROKERS INC | * |  | [H] (775) 224-7795<br>[B] (775) 348-2525 | EIN 88-0188854 |
| [03] DEBTOR IN POSSESSION<br>MONEY MARKET PP<br>PO BOX 3679<br>SPARKS NV 89432 | # |  |  |  |

Additional Relationships
Tax Name: [1] PACIFIC PAWNBROKERS INC 88-0188854

### Account Classification

| Portfolio: | 9806003 | Responsibility Code: | [11035] Michael Murdock |
|---|---|---|---|
| Product: | [8010901] MEDALLION BUSINESS MONEY MARKET | Account Type Code: | [202] Corporation - Profit |
| Accounting Branch: | [1] RENO MAIN |  |  |

### Warnings
Teller Alert: [60] BANKRUPTCY

### Priority Miscellaneous
**Description**
+ CHAPTER 11 CASE #09-53610 FILED 10/14/2009

### Summary

| Memo Ledger Balance: | $3,351.99 | Last Deposit Nov 12, 2010: | $1,300.00 |
|---|---|---|---|
| Memo Available Balance: | $3,351.99 | Date Opened: | Mar 11, 2010 |
| Current Ledger Balance: | $3,351.99 |  |  |
| Current Available Balance: | $3,351.99 |  |  |
| Interest Balance: | $0.63 |  |  |
| Current Statement Rate: | 0.3000% |  |  |
| Overdraft Limit: | $0.00 |  |  |
| ATM/POS Overdraft Balance: | $0.00 |  |  |

### Projected Float

| Projected Date | Available Float | Expiring Holds | Projected Balance |
|---|---|---|---|
| Projected Balances do not include Presentments |  |  |  |
| Feb 24, 2011 Thursday |  |  | $3,351.99 |
| Feb 25, 2011 Friday |  |  | $3,351.99 |
| Feb 26, 2011 Saturday |  |  | $3,351.99 |
| Feb 27, 2011 Sunday |  |  | $3,351.99 |
| Feb 28, 2011 Monday |  |  | $3,351.99 |
| Mar 01, 2011 Tuesday |  |  | $3,351.99 |

### Interest

| Current Accrued Interest: | $0.63 | Deposit Rate Index: | [3] MED MMDA BUSINESS |
|---|---|---|---|
| Date Accrued Through: | Feb 23, 2011 | Rate Adjuster Option: | Rate Adjuster Is Not Expressed as a Percentage Variance |
| Current Effective Rate: | 0.3000% | Compounding Code: | Simple |
| Days Into This Period: | 23 | Interest Cycle: | [30] Month-End |
| Previous Accrued Interest: | $0.61 | Interest Reporting Code: | Reportable |
| Last Interest Jan 31, 2011: | $0.88 | Withholding Code: | No Withholding |
| Balance Last Interest: | $3,351.99 |  |  |

### Rate

| Date | Balance Type | Rate Structure | Rate | Tier Amount | Rate |
|---|---|---|---|---|---|
| Feb 01, 2011 | Ledger | [1] Tiered Rate |  | $2,500.00 | 0.3000% |
|  |  |  |  | $10,000.00 | 0.3500% |
|  |  |  |  | $50,000.00 | 0.4000% |
|  |  |  |  | $100,000.00 | 0.5500% |

### Service Charge

| Demand Deposit 13011101 - PACIFIC PAWNBROKERS INC | | | | |
|---|---|---|---|---|
| Account Classification | | | | |
| Warnings | | | | |
| Priority Miscellaneous | | | | |
| **Current Cycle** | | | | |
| **Description** | **Debits** | **Credits** | **Date** | **Balance** |
| Balance Forward: | | | Jan 31, 2011 | $4,184.05 |
| Check #14932 | $41.24 | | Feb 02, 2011 | $4,142.81 |
| PLAN ADMINISTRAT ADMIN FEES 22384 | $100.00 | | Feb 03, 2011 | $4,042.81 |
| WorldPay MTHLY CHGS LK267590 020311 | $65.99 | | Feb 07, 2011 | $3,976.82 |
| Analysis Charge | $15.32 | | Feb 14, 2011 | $3,961.50 |
| MDHP8003195243 Healt hplan 0000813697 1219 | $39.95 | | Feb 15, 2011 | $3,921.55 |
| Balance This Statement: | | | Feb 23, 2011 | $3,921.55 |

### Demand Deposit 13011101 - PACIFIC PAWNBROKERS INC

| | Rel | Birthdate | Phone | Tax Identification |
|---|---|---|---|---|
| [01] PACIFIC PAWNBROKERS INC | * | | [H] (775) 224-7795 | EIN 88-0188854 |
| [03] DEBTOR IN POSSESSION | # | | [B] (775) 348-2525 | |
| PO BOX 3679 | | | | |
| SPARKS NV 89432 | | | | |

Additional Relationships
Tax Name: [1] PACIFIC PAWNBROKERS INC 88-0188854

### Account Classification

| | | | |
|---|---|---|---|
| Portfolio: | 9806003 | Responsibility Code: | [11035] Michael Murdock |
| Product: | [8010102] COMMERCIAL ANALYSIS | Account Type Code: | [202] Corporation - Profit |
| Accounting Branch: | [1] RENO MAIN | | |

### Warnings
Teller Alert: [23] ANALYSIS
Teller Alert: [60] BANKRUPTCY

### Priority Miscellaneous
**Description**
CHAPTER 11 CASE #09-53610 FILED 10/14/2009

### Summary

| | | | |
|---|---|---|---|
| Memo Ledger Balance: | $3,921.55 | Last Deposit Nov 05, 2010: | $5,701.94 |
| Memo Available Balance: | $3,921.55 | Last Check Feb 02, 2011: | $41.24 |
| Current Ledger Balance: | $3,921.55 | Date Last NSF: | Sep 14, 2010 |
| Current Available Balance: | $3,921.55 | Date Opened: | Jan 16, 2003 |
| Overdraft Limit: | $0.00 | | |
| ATM/POS Overdraft Balance: | $0.00 | | |

### Projected Float

| Projected Date | Available Float | Expiring Holds | Projected Balance |
|---|---|---|---|
| Projected Balances do not include Presentments | | | |
| Feb 24, 2011 Thursday | | | $3,921.55 |
| Feb 25, 2011 Friday | | | $3,921.55 |
| Feb 26, 2011 Saturday | | | $3,921.55 |
| Feb 27, 2011 Sunday | | | $3,921.55 |
| Feb 28, 2011 Monday | | | $3,921.55 |
| Mar 01, 2011 Tuesday | | | $3,921.55 |

### Charge

| | | | |
|---|---|---|---|
| ATM Charge Option: | Analysis Addenda | Dormant Charge Code: | 0 |
| EIM Charge Option: | Analysis Addenda | Waiver Overdraft Charge Code: | [0] |
| Other Charge Option: | Analysis Addenda | Waiver Overdraft Interest Code: | [0] |
| Other Non-Taxable Charge Option: | Analysis Addenda | Waiver FDIC Insurance Charge Code: | [0] |
| Fee Charge Option: | Analysis Addenda | Waiver Sales Tax: | Waive Sales Tax |
| BPM Charge Code: | 0 | | |
| EIM NSF Force Override: | EIM NSF Specifications | | |
| EIM Charge Back Notice Detail: | One Notice - Current Balance | | |
| EIM Exception Code: | 0 | | |